**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Reno City Center Owner LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

84-3806110

**4. Debtor's address**

Principal place of business

Number    Street

City    State    ZIP Code

County

Mailing address, if different from principal place of business

339 W State Street

Number    Street

Suite 201

P.O. Box

Eagle    ID    83616

City    State    ZIP Code

Location of principal assets, if different from principal place of business

219 North Center Street

Number    Street

Reno    NV    89501

City    State    ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | Reno City Center Owner LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

523900

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Reno City Center Owner LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor  Reno City Center Owner LLC
Name

Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/16/2024
             MM  / DD / YYYY

✖ /s/ Kirk Walton
Signature of authorized representative of debtor

Kirk Walton
Printed name

Title  See attached signature block

**18. Signature of attorney**

✖ /s/ Elizabeth Fletcher
Signature of attorney for debtor

Date  02/16/2024
      MM   / DD / YYYY

Elizabeth Fletcher
Printed name

Fletcher & Lee
Firm name

448 Ridge Street
Number        Street

Reno
City

NV
State

89501
ZIP Code

7753241011
Contact phone

edendary@fletcherlawgroup.com
Email address

10082
Bar number

NV
State

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **4**

**ATTACHMENT TO**
**VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY**

DEBTOR'S NAME: RENO CITY CENTER OWNER, LLC


SIGNATURE BLOCK:


Reno City Center Owner, LLC
A Delaware limited liability company

By:    Reno City Mezzanine Borrower, LLC,
       a Delaware limited liability company,
       its Sole Member

       By:    Reno City Center, LLC,
              a Nevada limited liability company,
              its Sole Member and Manager

              By:    RCC Manager LLC,
                     an Idaho limited liability company,
                     its Manager

                     By:    GPWM QOF Manager LLC,
                            an Idaho limited liability company,
                            its Manager


                             /s/ Kirk Walton
                            By: Kirk Walton, Managing Member of
                            GPWM QOF Manager LLC

**Fill in this information to identify the case:**

Debtor name  Reno City Center Owner LLC
_____

United States Bankruptcy Court for the: District of Nevada
_____

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | J.W. McClenahan Co. 1610 Marietta Way Sparks, NV, 89431 | | Suppliers or Vendors | | | | 1,236,766.47 |
| 2 | Interior Specialists 18565 Jamboree Rd Suite 125 Irvine, CA, 92612 | | Suppliers or Vendors | | | | 366,342.80 |
| 3 | JL Digital LLC 35 N Edison Way #45 Reno, NV, 89502 | | Suppliers or Vendors | | | | 207,697.95 |
| 4 | EquipmentShare 3223 Mill St Reno, NV, 89502 | | Suppliers or Vendors | | | | 194,569.43 |
| 5 | Southwest Specialty Contractors, LLC 5990 S Buffalo Rd Las Vegas, NV, 89113 | | Suppliers or Vendors | | | | 189,346.00 |
| 6 | Anchor Door Installs, LLC 945 Spice Islands Dr Suite C Reno, NV, 89431 | | Suppliers or Vendors | | | | 137,266.95 |
| 7 | Armac Construction 30 Brown Dr Mound House, NV, 89706 | | Suppliers or Vendors | | | | 100,607.75 |
| 8 | Optimum Flooring 3000 Michelle Lane Oakley, CA, 94561 | Luiz Delacruz | Suppliers or Vendors | | | | 89,151.00 |

Debtor    Reno City Center Owner LLC
         Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | E&A Contracting<br>733 E Glendale Ave<br>Sparks, NV, 89431 | | Suppliers or Vendors | | | | 85,964.00 |
| 10 | Golden Entertainment<br>1050 Terminal Way<br>Reno, NV, 89502 | | Suppliers or Vendors | | | | 80,000.00 |
| 11 | Just Floor It!<br>1320 E Lincoln Way<br>Suite 102<br>Sparks, NV, 89434 | | Suppliers or Vendors | | | | 69,731.33 |
| 12 | RealPage, Inc.<br>2201 Lakeside Blvd<br>Richardson, TX, 75082 | | Suppliers or Vendors | | | | 68,405.16 |
| 13 | R.F. MacDonald Co.<br>99 Megabyte Dr<br>Sparks, NV, 89437 | | Suppliers or Vendors | | | | 65,995.25 |
| 14 | Emcor Services<br>155 Glendale Ave<br>Suite 13<br>Sparks, NV, 89431 | | Suppliers or Vendors | | | | 60,146.67 |
| 15 | Supreme Concrete LLC<br>5295 Coggins Rd<br>Reno, NV, 89506 | | Suppliers or Vendors | | | | 49,201.60 |
| 16 | SGF Engineering<br>9500 Prototype Ct<br>Reno, NV, 89521 | | Suppliers or Vendors | | | | 48,466.90 |
| 17 | ProCabinet Solutions/Quadro Cabinets<br>14 Brown Dr<br>#3<br>Mound House, NV, 89706 | | Suppliers or Vendors | | | | 45,418.37 |
| 18 | United Rentals<br>12905 Old Virginia Rd<br>Reno, NV, 89521 | | Suppliers or Vendors | | | | 43,841.41 |
| 19 | Certified Access<br>PO Box 3885<br>Reno, NV, 89505 | | Suppliers or Vendors | | | | 43,710.00 |
| 20 | Nelson Wilcox Structural Engineers<br>225 S Arlington Ave<br>Unit B<br>Reno, NV, 89501 | | Suppliers or Vendors | | | | 43,230.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>Reno City Center Owner LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Nevada</td></tr>
<tr><td>Case number (<em>If known</em>):</td><td>_____</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/16/2024                    ✗ /s/ Kirk Walton
              MM / DD / YYYY                 _____
                                             Signature of individual signing on behalf of debtor

                                             Kirk Walton
                                             _____
                                             Printed name

                                             See attached signature block
                                             _____
                                             Position or relationship to debtor

**ATTACHMENT TO**
**VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY**

DEBTOR'S NAME: RENO CITY CENTER OWNER, LLC


SIGNATURE BLOCK:


Reno City Center Owner, LLC
A Delaware limited liability company

By:    Reno City Mezzanine Borrower, LLC,
       a Delaware limited liability company,
       its Sole Member

       By:    Reno City Center, LLC,
              a Nevada limited liability company,
              its Sole Member and Manager

              By:    RCC Manager LLC,
                     an Idaho limited liability company,
                     its Manager

                     By:    GPWM QOF Manager LLC,
                            an Idaho limited liability company,
                            its Manager


                             /s/ Kirk Walton
                            By: Kirk Walton, Managing Member of
                            GPWM QOF Manager LLC

1-888-4-ABATEMENT NV, INC.
318 S 19TH ST
SUITE 101
SPARKS, NV 89431

777 SATELLITE STAR
35 N EDISON WAY
SUITE #45
RENO, NV 89502

ACCO ENGINEERED SYSTEMS
2010 KLEPPE LANE
SPARKS, NV 89431

ACOMB OSTENDORF AND ASSOCIATES, LLC
906 RAILROAD AVE
WINTER PARK, FL 32789

ACORE CAPITAL MORTGAGE, LP
5949 SHERRY LANE
SUITE 1255
DALLAS, TX 75225

ADVANCE INSTALLATIONS, INC.
1914 HYMER AVE
SPARKS, NV 89431

AMERICAN DRYWALL SERVICE LLC
345 N ARLINGTON AVE
SUITE 1505
RENO, NV 89501

AMERICAN NATIONAL INSULATION / GALE
BUILDING
910 MEREDITH WAY
SPARKS, NV 89431

ANCHOR DOOR INSTALLS, LLC
945 SPICE ISLANDS DR
SUITE C
RENO, NV 89431

APARTMENTS LLC
2660 HOLCOMB
RENO, NV 89511

ARIZONA TILE
8895 DOUBLE DIAMOND PKWY
RENO, NV 89521

ARMAC CONSTRUCTION
30 BROWN DR
MOUND HOUSE, NV 89706

BERKADIA
8548 ROZITA LEE AVE
SUITE 310
LAS VEGAS, NV 89113

BEST HARDWOOD FLOORING & TILE
3405 KIETZKE LN
RENO, NV 89502

BLACK & WADHAMS
10777 TWAIN AVE
SUITE 300
LAS VEGAS, NV 89135

BLACK EAGLE CONSULTING, INC.
1345 CAPITAL BLVD
RENO, NV 89502

BRADLEY G. MULLINS

BRADY COMPANIES, LLC
150 E GREG ST
SPARKS, NV 89431

BRAMCO CONSTRUCTION CORPORATION
325 S 18TH ST
SPARKS, NV 89431

BRISTLECONE MANAGEMENT, LLC (BRISM)
9325 W SAHARA AVE
LAS VEGAS, NV 89117

BUDGET BLINDS
6550 LONGLEY LANE
SUITE 115
RENO, NV 89511

BUILDERS UNITED LLC
6001 S DECATUR BLVD
SUITE J
LAS VEGAS, NV 89118

BUILDERS UNITED, LLC
200 S VIRGINIA ST
8TH FLOOR
RENO, NV 89501

CAI DEVELOPMENT, LLC (CAIDEV)
9325 W SAHARA AVE
LAS VEGAS, NV 89117

CAI INVESTMENTS, LLC (CAI)
9325 W SAHARA AVE
LAS VEGAS, NV 89117

CAI LAS VEGAS HOTEL PARTNERS, LLC (LVHP)
9325 W SAHARA AVE
LAS VEGAS, NV 89117

CAPITAL GLASS, INC.
11331 S VIRGINIA ST
RENO, NV 89511

CAPITAL GLASS, INC.
C/O JEREMY R. KILBER, ESQ.
861 CORONADO CENTER DR. STE. 231
HENDERSON, NV 89052

CERTIFIED ACCESS
PO BOX 3885
RENO, NV 89505

CITY OF RENO
DEPARTMENT OF FINANCE
PO BOX 1900
RENO, NV 89505

CITY OF RENO
SEWER USE FEES
PO BOX 1900
RENO, NV 89505

CITY OF RENO UTILITIES
1 E FIRST STREET
PO BOX 1900
RENO, NV 89505

CLOUD TECH LLC
1305 IVYHEDGE AVE
ST AUGUSTINE, FL 32092

COMMERCIAL SYSTEMS
1067 E SAN CARLOS AVE
SAN CARLOS, CA 94070

CONCRETE RESURFACING SYSTEMS
6217 ROSS AVE
RYDE, CA 95680

CONSTRUCTION REALITY CAPTURE, LLC
2111 E HIGHLAND AVE
PHOENIX, AZ 85016

CONTRACT FLOORING & INTERIOR SERVICES,
INC.
55 SILICON DR
MCCARRAN, NV 89434

D&D ROOFING
1000 GLENDALE AVE
SPARKS, NV 89431

DAL TILE
855 SANDHILL ROAD
SUITE D
RENO, NV 89521

DAVID R. JOHNSON, ESQ.
10781 WEST TWAIN AVE.
LAS VEGAS, NV 89135

DELPHI CRE FUNDING LLC
C/O ACORE CAPITAL MORTGAGE, LP
80 E SIR FRANCIS DRAKE BLVD STE 2A
LARKSPUR, CA 94939

DELTA FIRE SYSTEMS, INC.
1655 MARIETTA WAY
SUITE #105
SPARKS, NV 89431

DESERT FIRE PROTECTION L.P
505 VALLEY RD
RENO, NV 89512

DIAMOND CONCRETE CUTTING
100 MENEZES WAY
SPARKS, NV 89434

DICKINSON WRIGHT  PLLC
100 W LIBERTY ST
SUITE 940
RENO, NV 89501

DISH NETWORK  LLC
9601 S MERIDIAN BLVD
ENGLEWOOD, CO 80112

DOS BANDIDOS, LLC (DOSB)
9325 W SAHARA AVE
LAS VEGAS, NV 89117

DOYLE K. DAMRON
345 DALY AVE
PARK CITY, UT 84060

E&A CONTRACTING
733 E GLENDALE AVE
SPARKS, NV 89431

E3 DESIGN GROUP
24860 BURNT PINE DR
STE 3
BONITA SPRINGS, FL 34134

ECOLAB USA INC.
1 ECOLAB PLACE
ST. PAUL, MN 55102

EIDE BAILLY LLP
5441 KIETZKE LN
SUITE 150
RENO, NV 89511

EMCOR SERVICES
155 GLENDALE AVE
SUITE 13
SPARKS, NV 89431

EMERALD TEXTILE SERVICES, RENO, LLC
250 BURGE RD
RENO, NV 89506

EPC-ELECTRICAL PROFESSIONAL CONSULTANTS
660 KRESGE LN
SPARKS, NV 89431

EQUIPMENTSHARE
3223 MILL ST
RENO, NV 89502

EXPEDIA, INC.
1111 EXPEDIA GROUP WAY W
SEATTLE, WA 98119

F3 & ASSOCIATES
145 ISIDOR CT
SUITE B
SPARKS, NV 89441

FABTECH, LLC
700 E 4TH ST
RENO, NV 89512

FEA CONSULTING ENGINEERS
2821 W HORIZON RIDGE PKWY
HENDERSON, NV 89052

FENNEMORE CRAIG, P.C.
7800 RANCHARRAH PKWY
RENO, NV 89511

FLOOR & DÉCOR COMMERCIAL
4823 KIETZKE LANE
RENO, NV 89509

FSI / FLOORING SOLUTIONS OF NV, INC
4275 W RENO AVE
LAS VEGAS, NV 89118

GANNETT SATELLITE NETWORK INC.
7950 JONES BRANCH DR
MCLEAN, VA 22107

GOLDEN ENTERTAINMENT
1050 TERMINAL WAY
RENO, NV 89502

GUARANTEED CLEAN AIR LLC (GCA
ENVIRONMENTAL)
3340 S. WYNN ROAD
SUITE A
LAS VEGAS, NV 89102

HELIX ELECTRIC
961 MATLEY LANE
RENO, NV 89502

HENRI SPECIALTIES CO., INC.
280 ORVILLE WRIGHT CT
LAS VEGAS, NV 89119

HIGH MOUNTAIN DOOR & TRIM, INC.
8895 DOUBLE DIAMOND PKWY
SUITE 120
RENO, NV 89521

HOOTSUITE INC
756 W PEACHTREE ST NW
4TH FLOOR
ATLANTA, GA 30332

HORIZON WINDOW FASHIONS LLC
2002 HARVARD WAY
SUITE C
RENO, NV 89502

HOY CHRISSINGER VALLAS, PC
50 W LIBERTY ST
SUITE 840
RENO, NV 89501

ICS TAX, LLC
8722 EGAN DR
SAVAGE, MN 55378

INNOVATIVE CABINETS & DESIGN
875 E PATRIOT BLVD
SUITE 208
RENO, NV 89502

INTERIOR SPECIALISTS
18565 JAMBOREE RD
SUITE 125
IRVINE, CA 92612

INTERMOUNTAIN ELECTRIC, INC.
4750 LONGLEY LN
RENO, NV 89502

INTERMOUNTAIN ELECTRIC, INC.
C/O JEFFREY S. SPENCER, ESQ.
61 CONTINENTAL DRIVE
RENO, NV 89509

IRON DRAGON FABRICATION LLC
552 RANCHWOOD LN
FERNLEY, NV 89408

IRONCLAD BUILDERS LLC (BIG IRON)
425 WESTERN ROAD
SUITE 108
RENO, NV 89506

J.W. MCCLENAHAN CO.
1610 MARIETTA WAY
SPARKS, NV 89431

JEFFREY S. SPENCER, ESQ.
61 CONTINENTAL DRIVE
RENO, NV 89509

JEREMY R. WILBER, ESQ.
861 CORONADO CENTER DRIVE
SUITE 231
HENDERSON, NV 89052

JIVE COMMUNICATIONS, INC
313 E 1200 S
STE 200
OREM, UT 84058

JL DIGITAL LLC
35 N EDISON WAY
RENO, NV 89502

JOHNSON CONTROLS FIRE PROTECTION
5757 N GREEN BAY AVE
PO BOX 591
MILWAUKEE, WI 53201

JOHNSON CONTROLS FIRE PROTECTION, LP
C/O MARTIN I. MELENDREZ, ESQ.
1645 VILLAGE CENTER CIRCLE, SUITE 160
LAS VEGAS, NV 89134

JOHNSON CONTROLS INC.
PO BOX 241566
CLEVELAND, OH 44124

JP CABINET SALES
20910 MILES PKWY
CLEVELAND, OH 44128

JUST FLOOR IT!
1320 E LINCOLN WAY
SUITE 102
SPARKS, NV 89434

KAEMPFER CROWELL, LTD.
1980 FESTIVAL PLAZA DRIVE
SUITE 650
LAS VEGAS, NV 89135

KODAMA, LLC.
3420 DOUGLAS DR
WASHOE VALLEY, NV 89704

KRISTINA STANLEY
2294 GORGET CT
SPARKS, NV 89441

KYLA ALISNA
2449 BUTTE CREEK DRIVE
SPARKS, NV 89436

LEWIS ROCA ROTHGERBER CHRISTIE, LLP
ONE EAST LIBERTY ST
SUITE 300
RENO, NV 89501

LIFE PILLARS, LLC (LP)
9325 W SAHARA AVE
LAS VEGAS, NV 89117

LUXE INDUSTRIES LLC
8635 W SAHARA AVE
SUITE 501
LAS VEGAS, NV 89117

MARTIN I. MELENDREZ, ESQ.
1645 VILLAGE CENTER CIRCLE
SUITE 160
LAS VEGAS, NV 89134

MCDONALD CARANO LLP
100 W. LIBERTY STREET
10TH FLOOR
RENO, NV 89501

MCGINLEY & ASSOCIATES
6995 SIERRA CENTER PKWY
RENO, NV 89511

MORAN REEVES & CONN PC
1211 E CARY ST
RICHMOND, VA 23219

MOSER ARCHITECTURE STUDIO
5975 S EDMOND ST
LAS VEGAS, NV 89118

MSE ENVIRONMENTAL
8215 S EASTERN AVE
SUITE 295
LAS VEGAS, NV 89123

MT. ROSE HEATING & AIR CONDITIONING
300 SUNSHINE LN
RENO, NV 89502

NALCO COMPANY LLC
1601 WEST DIEHL RD
NAPERVILLE, IL 60563

NATIONAL CERAMIC TILE & STONE CORP.
9980 HORN RD.
SUITE #100
SACRAMENTO, CA 95827

NEESER CONSTRUCTION
455 US HWY 395 N
NEW WASHOE CITY, NV 89704

NELSON WILCOX STRUCTURAL ENGINEERS
225 S ARLINGTON AVE
UNIT B
RENO, NV 89501

NEVADA RECYCLING & SALVAGE, LLC
1085 TELEGRAPH ST
RENO, NV 89502

NEW ROME (OSA CONSULTANT)
10394 W CHATFIELD AVE #108
LITTLETON, CO 80127

NV ENERGY
6226 W SAHARA AVE
LAS VEGAS, NV 89146

OBERMEIER SHEYKHET ARCHITECTURE
1635 BLAKE ST
DENVER, CO 80202

OPTIMUM FLOORING
3000 MICHELLE LANE
OAKLEY, CA 94561

ORBIS SOLUTIONS, INC.
8022 S RAINBOW BLVD
LAS VEGAS, NV 89139

PALADIN RISK MANAGEMENT LTD LLC
275 E HILLCREST DR
SUITE 215
THOUSAND OAKS, CA 91360

PARTITION KING
140 GREENWICH AVE
SUITE 3
GREENWICH, CT 6830

PENGUIN MAILBOXES
100A BROADWAY
BROOKLYN, NY 11249

PENHALL COMPANY
550 E PARR BLVD
RENO, NV 89512

PHILLIP JEFFRIES LTD
180 PASSAIC AVE
FAIRFIELD, NJ 7004

PREMIER OFFICE SYSTEMS
2451 S BUFFALO DR
SUITE 132
LAS VEGAS, NV 89117

PROCABINET SOLUTIONS/QUADRO CABINETS
14 BROWN DR
MOUND HOUSE, NV 89706

QUALITY COUNTERTOPS AND DESIGN, INC.
1005 STANDARD ST
SUITE D
RENO, NV 89506

QUALITY PLUMBING SUPPLY
2373 STATE ROUTE 28
NORTH CREEK, NY 12853

R&B WHOLESALE DISTRIBUTORS, INC.
6140 NORTH HOLLYWOOD BLVD
SUITE #105
LAS VEGAS, NV 89115

R.F. MACDONALD CO.
99 MEGABYTE DR
SPARKS, NV 89437

REALPAGE, INC.
2201 LAKESIDE BLVD
RICHARDSON, TX 75082

RENAISSANCE LIFE & HEALTH INSURANCE
COMPANY O
PO BOX 1596
INDIANAPOLIS, IN 46206

RENO PAINT MART
201 E MOANA LN
RENO, NV 89502

RENO SPARKS CONVENTION & VISITORS
AUTHORITY
4065 S VIRGINIA ST
SUITE 100
RENO, NV 89502

RENT GROUP INC
701 S CARSON ST
STE 200
CARSON CITY, NV 89701

RHP MECHANICAL SYSTEMS
1008 E 4TH ST
RENO, NV 89512

RISK PLACEMENT SERVICES, INC.
701 S CARSON ST
STE 200
CARSON CITY, NV 89701

SANDY HAGEMANN
PO BOX 241566
CLEVELAND, OH 44124

SCHINDLER ELEVATOR CORPORATION
6265 SOUTH VALLEY VIEW BLVD
SUITE H
LAS VEGAS, NV 89118

SERVICEMASTER FIRST RESPONSE
840 BERGIN WAY
SPARKS, NV 89431

SGF ENGINEERING
9500 PROTOTYPE CT
RENO, NV 89521

SIERRA PACIFIC POWER COMPANY
6100 NIEL RD
RENO, NV 89511

SIGNS BY TOMORROW
3595 AIRWAY DR
SUITE 403
RENO, NV 89511

SIGNTECH ELECTRICAL ADVERTISING, INC.
4444 FEDERAL BLVD.
SAN DIEGO, CA 92102

SILVER STATE REALTY & INVESTMENTS (SSRI)
9325 W SAHARA AVE
LAS VEGAS, NV 89117

SKY FIBER
8975 DOUBLE DIAMOND PKWY
RENO, NV 89521

SORENSEN ENTITY SERVICES, LLC
1201 ORANGE ST
WILMINGTON, DE 19801

SOUTHWEST SPECIALTY CONTRACTORS
5990 S BUFFALO RD
LAS VEGAS, NV 89113

SOUTHWEST SPECIALTY CONTRACTORS, LLC
5990 S BUFFALO RD
LAS VEGAS, NV 89113

STATEWIDE LIGHTING INC.
1311 S VIRGINIA ST
RENO, NV 89502

SUNBELT RENTALS
695 FERRARI MCLEOD BLVD
RENO, NV 89512

SUPREME CONCRETE LLC
5295 COGGINS RD
RENO, NV 89506

SYSCO GUEST SUPPLY, LLC
112 N CURRY ST
CARSON CITY, NV 89703

SYSCO SACRAMENTO INC.
7062 PACIFIC AVE
PLEASANT GROVE, CA 95668

THE CITY OF RENO SEWER USE FEES
PO BOX 1900
RENO, NV 89505

THE SHERWIN-WILLIAMS COMPANY
1853 S. HORNE
SUITE 2
MESA, AZ 85204

THE SHERWIN-WILLIAMS COMPANY
C/O DAVID R. JOHNSON, ESQ.
10781 WEST TWAIN AVE.
LAS VEGAS, NV 89135

THOMAS PRECISION WELDING
28 INDUSTRIAL PKWY
CARSON CITY, NV 89706

TK ELEVATOR
PO BOX 241566
CLEVELAND, OH 44124

TRAVELSCAPE LLC
701 S CARSON ST
SUITE 200
CARSON CITY, NV 89701

UNITED RENTALS
12905 OLD VIRGINIA RD
RENO, NV 89521

VIRTUAL BUSINESS ENTERPRISES, LLC
2520 ST ROSE PKWY
SUITE 107
HENDERSON, NV 89074

WASHOE COUNTY TREASURER
1001 E 9TH ST
RENO, NV 89512

WASTE MANAGEMENT
100 VASSAR ST
RENO, NV 89502

WESTERN ELECTRICITY COORDINATING COUNCIL
155 NORTH 400 WEST
SUITE 200
SALT LAKE CITY, UT 84103

WESTERN NEVADA SUPPLY
950 S ROCK BLVD
SPARKS, NV 89431

WESTERN PARTITIONS, INC.
958 SPICE ISLANDS DR.
SPARKS, NV 89431

WESTGUARD INSURANCE COMPANY
39 PUBLIC SQUARE
WILKES-BARRE, PA 18703

WGC  (MOSER CONTRACTED)
8804 SPANISH RIDGE AVE
SUITE 200
LAS VEGAS, NV 89148

WHITNEY PEAK HOTEL, LLC
255 N VIRGINIA ST
RENO, NV 89501

WINSTEAD PC
500 WINSTEAD BUILDING
2728 N. HARWOOD STREET
DALLAS, TX 75201

WISE CONSULTING AND TRAINING
5400 MILL ST
RENO, NV 89502

WM CORPORATE SERVICES, INC.
100 VASSAR ST
RENO, NV 89502

XCLUSIVE STAFFING ACQUISITION HOLDINGS, LLC
8774 YATES DR
SUITE 210
WESTMINSTER, CO 80031

XEROX FINANCIAL SERVICES
45 GLOVER AVE
PO BOX 4505
NORWALK, CT 6850

YES TILE LLC.
8121 SENECA DR
RENO, NV 89506

United States Bankruptcy Court

District of Nevada

In re:  Reno City Center Owner LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____02/16/2024_____

/s/ Kirk Walton
_____
Signature of Individual signing on behalf of debtor

See attached signature block
_____
Position or relationship to debtor

**ATTACHMENT TO**
**VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY**

DEBTOR'S NAME: RENO CITY CENTER OWNER, LLC

SIGNATURE BLOCK:

Reno City Center Owner, LLC
A Delaware limited liability company

By:    Reno City Mezzanine Borrower, LLC,
       a Delaware limited liability company,
       its Sole Member

       By:    Reno City Center, LLC,
              a Nevada limited liability company,
              its Sole Member and Manager

              By:    RCC Manager LLC,
                     an Idaho limited liability company,
                     its Manager

                     By:    GPWM QOF Manager LLC,
                            an Idaho limited liability company,
                            its Manager


                            /s/ Kirk Walton
                            By: Kirk Walton, Managing Member of
                            GPWM QOF Manager LLC

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Reno City Center Owner LLC                                    Chapter  _____
_____   11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Reno City Mezzanine Borrower LLC<br>339 W State Street Suite 201, Eagle, ID 83616 | 100 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Nevada

In re Reno City Center Owner LLC

_____
(Debtor(s))

Case No. _____
Chapter  11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for Reno City Center Owner LLC

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

Reno City Mezzanine Borrower, LLC
339 W. State St. Ste. 201
Eagle, ID 83616

02/16/2024
_____
Date

/s/ Elizabeth Fletcher
_____
Statement of attorney or Litigant
Counsel for Reno City Center Owner, LLC

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
_____ District Of Nevada _____

**In re**

RENO CITY CENTER OWNER LLC

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Actual Fees/Costs

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ 50,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Unknown

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)    Reno City Center, LLC

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)    Reno City Center, LLC

4.        ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
          members and associates of my law firm.

          ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
          members or associates of my law firm. A copy of the agreement, together with a list of the names of the
          people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| CERTIFICATION |
|---|
|    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

2/16/2024
_____
*Date*

/s/ Elizabeth Fletcher, Esq.
_____
*Signature of Attorney*

Fletcher & Lee
_____
*Name of law firm*

## WRITTEN CONSENT AND RESOLUTION OF

## RENO CITY CENTER OWNER, LLC

The undersigned, Reno City Mezzanine Borrower, LLC (the "Member"), constituting the sole Member of Reno City Center Owner, LLC, a Delaware limited liability company (the "Company"); the duly appointed Manager of the Company pursuant to that certain *Written Consent and Resolution of the Member of Reno City Center Owner, LLC,* signed by the Member dated February 9, 2024, Reno City Center, LLC, a Nevada limited liability company (the "Manager"); and the two (2) Independent Managers duly appointed by the Company's *Limited Liability Company Agreement* dated June 16, 2022 (the "Operating Agreement"), namely, C. Anthony Shippam, Esq. and Candace R. Corra (the "Independent Managers"), have unanimously authorized the Company to take all necessary actions to file a Chapter 11 Voluntary Petition in the United States Bankruptcy Court for the District of Nevada; and have authorized, approved of, and consented to the following resolutions;

**WHEREAS,** the Member, Manager and Independent Managers have carefully reviewed the Company's financial circumstances and have evaluated the available reasonable options to preserve and continue the existence of the Company;

**WHEREAS,** the Member, Manager and Independent Managers have carefully reviewed the provisions of the Operating Agreement, including but not limited to Sections 38(cc) and (dd), and have fully analyzed the requirements to file a Bankruptcy Action, as that term is referenced in such sections of the Operating Agreement, as well as the required fiduciary duties to the various parties as specifically set forth in those sections;

**WHEREAS,** the Member, Manager and Independent Managers have concluded that the filing of a voluntary petition for relief (the "Petition") under Chapter 11 of Title 11 of the United States Code ("the Bankruptcy Code") is in the best interests of the Company, the Company's constituent owners, and the Company's economic interest holders, pursuant to the commonly accepted definitions of "constituent owners" and "economic interest holders" in a limited liability company;

**WHEREAS,** the Member, Manager and Independent Managers have been presented with and reviewed the Petition to be filed in the United States Bankruptcy Court for the District of Nevada;

**NOW THEREFORE, IT IS RESOLVED,** that each of the terms and provisions in the Petition are hereby unanimously approved in the name and on behalf of the Company, and each and every action contemplated with respect thereto is hereby authorized and approved;

**FURTHER RESOLVED,** that the Company, through the Manager, or any other persons designated by the Member, shall be responsible for the everyday operations of the Company and entitled to customary wages, benefits or salary of that office, if any;

**FURTHER RESOLVED,** that the Manager, or any other persons designated by the Member, is authorized and directed on behalf of the Company to appear in all bankruptcy

proceedings on behalf of the Company and to otherwise execute all acts and deeds necessary, including the delivery of any required documents, on behalf of the Company and in connection with the bankruptcy matter;

**FURTHER RESOLVED**, that the Manager is authorized and directed on behalf of the Company to employ the law firm of Fletcher & Lee, Ltd. as its general bankruptcy counsel, and any other professionals including, without limitation, any additional bankruptcy counsel, special counsel, financial advisors, appraisers, investments bankers, or real estate professionals, as the Manager may deem appropriate to represent and advise the Company in such bankruptcy matter;

**FURTHER RESOLVED**, that the law firm of Fletcher & Lee, Ltd., and any additional special counsel selected by the Manager, if any, shall be, and hereby are, authorized, empowered, and directed to represent the Company as debtor and debtor-in-possession, in connection with any Chapter 11 case commenced by or against it under the Bankruptcy Code; and

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken in the name of the Company by its Manager, or any agents or counsel, as applicable, in connection with or related to the matters set forth in or contemplated by the foregoing resolutions are hereby adopted, confirmed, approved, and ratified in all respects as the act and deed of such entity.

**IN WITNESS WHEREOF**, the undersigned Member, Manager and Independent Managers of the Company attest to the facts recited herein as of the 16th day of February, 2024.

[signatures on next pages]

## MEMBER

Reno City Center Owner, LLC
A Delaware limited liability company

By:   Reno City Mezzanine Borrower, LLC,
      a Delaware limited liability company,
      its Sole Member

      By:   Reno City Center, LLC,
      a Nevada limited liability company,
      its Sole Member and Manager

            By:   RCC Manager LLC,
               an Idaho limited liability company,
               its Manager

                  By:   GPWM QOF Manager LLC,
                     an Idaho limited liability company,
                     its Manager

_____
By: Kirk Walton, Managing Member of
GPWM QOF Manager LLC

_____
By: Philip Oleson, Managing Member of
GPWM QOF Manager LLC

## **MANAGER**

Reno City Center Owner, LLC
A Delaware limited liability company

By:    Reno City Center, LLC,
       a Nevada limited liability company,
       its Manager

       By:    RCC Manager LLC,
              an Idaho limited liability company,
              its Manager

              By:    GPWM QOF Manager LLC,
                     an Idaho limited liability company,
                     its Manager

_____
By: Kirk Walton, Managing Member of
GPWM QOF Manager LLC

_____
By: Philip Oleson, Managing Member of
GPWM QOF Manager LLC

## INDEPENDENT MANAGERS

Reno City Center Owner, LLC
A Delaware limited liability company


By: C. Anthony Shippam, Esq.
Independent Manager of
Reno City Center Owner, LLC


By: Candace R. Corra
Independent Manager of
Reno City Center Owner, LLC