FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
Christi T. Dupont, Esq.
Nevada Bar No. 15537
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.324.1011
Email: efletcher@fletcherlawgroup.com
Email: cdupont@fletcherlawgroup.com

*Proposed Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RENO CITY CENTER OWNER, LLC<br><br>Debtor. | Case No.: 24-50152-hlb<br><br>Chapter 11 Case<br><br>**CERTIFICATE OF SERVICE**<br><br>(NO HEARING REQUIRED) |

Pursuant to Fed. R. Civ. P. 5(b), I certify under penalty of perjury that I am an employee of Fletcher & Lee, 448 Ridge Street, Reno, Nevada 89501, that I am familiar with the practice of Fletcher & Lee for depositing items for delivery in the United States mail and that, in accordance with that standard practice, on February 22, 2024, I placed copies of the <u>Notice of Chapter 11 Bankruptcy Case</u> in the United States mail, first class postage prepaid, addressed to:

>Delphi CRE Funding LLC
>c/o ACORE Capital Mortgage LP
>39 Mesa St. Ste. 109
>San Francisco, CA 94129
>
>Construction Reality Capture, LLC
>9000 E Pima Center Pkwy Ste 360
>Scottsdale, AZ 85258-4472
>
>IRON DRAGON FABRICATION LLC
>552 RANCHWOOD LN
>FERNLEY, NV 89408

1  Dept. of Employment, Training & Rehab
2  Employment Security Division
   500 East Third Street
3  Carson City, NV 89713

4  Internal Revenue Service
   P.O. Box 7346
5  Philadelphia, PA 19101-7346

6  Nevada Department of Taxation, Bankruptcy Section
7  555 E. Washington Ave, Suite 1300
   Las Vegas, NV 89101
8
   U.S. Small Business Administration
9  Office of General Counsel
   312 N Spring St, 5th Floor
10 Los Angeles, CA 90012

11

12      I further state I am familiar with the practice of Fletcher & Lee for service of documents via electronic mail and that, in accordance with that standard practice, on February 22, 2024, I caused to be electronically mailed the Notice of Chapter 11 Bankruptcy Case to Iron Dragon Fabrication, LLC at irondragonfab@yahoo.com.

    DATED this 27th day of February, 2024.

    /s/ Elizabeth Dendary, ACP
    ELIZABETH DENDARY, ACP
    Advanced Certified Paralegal

2