**Fill in this information to identify the case and this filing:**

Debtor Name ___Reno City Center Owner, LLC_____

United States Bankruptcy Court for the: ___District of Nevada_____

Case number (*If known*): ___24-50152-hlb_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/15/2024___          ✘ /s/ Kirk Walton
  MM / DD / YYYY                        _____
                                        Signature of individual signing on behalf of debtor

                                        Kirk Walton
                                        _____
                                        Printed name

                                        See attached signature block
                                        _____
                                        Position or relationship to debtor

**ATTACHMENT TO**
**DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS**

DEBTOR'S NAME: RENO CITY CENTER OWNER, LLC
CASE NO. 24-50152-hlb

SIGNATURE BLOCK:

Reno City Center Owner, LLC
A Delaware limited liability company

By:     Reno City Mezzanine Borrower, LLC,
        a Delaware limited liability company,
        its Sole Member

        By:     Reno City Center, LLC,
                a Nevada limited liability company,
                its Sole Member and Manager

                By:     RCC Manager LLC,
                        an Idaho limited liability company,
                        its Manager

                        By:     GPWM QOF Manager LLC,
                                an Idaho limited liability company,
                                its Manager


                                 /s/ Kirk Walton
                                By: Kirk Walton, Managing Member of
                                GPWM QOF Manager LLC

---

**Fill in this information to identify the case:**

Debtor name    Reno City Center Owner, LLC
_____

United States Bankruptcy Court for the:   District of Nevada

Case number (If known):   24-50152-hlb
_____

(State)

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* .............................................    $ 153,000,000.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* ...........................................    $ 2,597,794.98

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* .............................................    $ 155,597,794.98

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................    $ 117,868,132.22

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................    +$ 16,619,940.09

4. **Total liabilities** ................................................................................................    $ 134,488,072.31
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Reno City Center Owner, LLC

United States Bankruptcy Court for the: District of Nevada

Case number (If known):  24-50152-hlb

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | KeyBank National Associations | Checking | 5  5  0  8 | $ Unknown |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ |
| 4.2. | | $ |

5. **Total of Part 1**  $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ |
| 7.2. | | $ |

Debtor    Reno City Center Owner, LLC
          Name

Case number (if known) 24-50152-hlb

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____  $_____

   8.2. _____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                         $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

   |  | Current value of debtor's interest |
   |---|---|

11. **Accounts receivable**

   11a. 90 days old or less:   241,565.02 _____ − 0.00 _____ = ........➔   $ 241,565.02
                               face amount            doubtful or uncollectible accounts

   11b. Over 90 days old:      250,181.17 _____ − 0.00 _____ = ........➔   $ 250,181.17
                               face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 491,746.19

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   |  | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                % of ownership:

   15.1. _____   _____%   _____   $_____

   15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____   _____   $_____

   16.2. _____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                      $_____

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>See Schedule A/B Part 5, Question 19 Attachment | 04/27/2023<br>MM / DD / YYYY | $_____ | _____ | $ 1,055,548.79 |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies**<br>See continuation sheet | _____<br>MM / DD / YYYY | 0.00<br>$_____ | _____ | 1,050,500.00<br>$_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 2,106,048.79

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    Reno City Center Owner, LLC
          Name

Case number *(if known)* 24-50152-hlb

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____   $_____   _____   $_____

47.2 _____   $_____   _____   $_____

47.3 _____   $_____   _____   $_____

47.4 _____   $_____   _____   $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____   $_____   _____   $_____

48.2 _____   $_____   _____   $_____

49. **Aircraft and accessories**

49.1 _____   $_____   _____   $_____

49.2 _____   $_____   _____   $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

$_____   $_____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor  Reno City Center Owner, LLC
Name

24-50152-hlb

Case number (if known) _____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure | Fee Simple | Appraised value on May 26, 2022, but Debtor is in the process of evaluating the property based on current stage of completion and market conditions to obtain a more current estimated valuation.<br>$_____ | _____ | $ 153,000,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 153,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>Entitlement to Unrestricted Gaming License | $_____ | _____ | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  Reno City Center Owner, LLC
Name

Case number *(if known)* 24-50152-hlb

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  0.00 _____ — 0.00 _____  = ➡  $ 0.00 _____
Total face amount          doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet _____  $ Unknown

Nature of claim          _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim          _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____  $_____

_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 0.00 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 7

Debtor    Reno City Center Owner, LLC
_____    24-50152-hlb
    Name    Case number *(if known)* _____

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 491,746.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,106,048.79 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➜ | | $ 153,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 2,597,794.98 | + 91b. $ 153,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..............................    155,597,794.98    $ 155,597,794.98

| Debtor 1 | Reno City Center Owner, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Continuation Sheet for Official Form 206 A/B

**22) Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Facilities Inventory – materials and tools | | | | 20,000.00 |
| IT Inventory – TV screens and computers | | | | 0.00 |
| Basement Inventory (Trades storage of materials) | | | | 500,000.00 |
| Hotel Lobby furniture | | | | Unknown |
| Hotel Room furnishings, 305 rooms ($100 value for each room) | 05/01/2023 | | | 30,500.00 |
| Office Furniture (Clear Capital) | | | | 500,000.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Claims against former manager, Bristlecone Management LLC | Breach of fiduciary duty, theft, embezzlement | 15,000.00 | Unknown |
| Claims against lender, Delphi CRE Funding LLC | Lender liability | 15,000.00 | Unknown |
| Claims against Christopher Beavor | Fraudulent transfer | 15,000.00 | Unknown |
| Claims against tenant, CAI Investments, LLC related to Starbucks lease | Breach of contract | 15,000.00 | Unknown |
| Claims against CAI Development LLC | Fraudulent transfer | 46,726.99 | Unknown |

24-50152-hlb

| Debtor 1 | Reno City Center Owner, LLC | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| **Claims against CAI Investments, LLC** | **Fraudulent transfer** | **2,130,688.52** | **Unknown** |
| **Claims against Silver State Realty & Investments** | **Fraudulent transfer** | **15,404.19** | **Unknown** |
| **Claims against Silver State Realty & Investments** | **Fraudulent transfer – Rents** | **77,000.00** | **Unknown** |
| **Claims against CAI Las Vegas Hotel Partners LLC** | **Fraudulent transfer** | **124,689.58** | **Unknown** |
| **Claims against Luxe Industries, LLC** | **Fraudulent transfer** | **566,226.35** | **Unknown** |
| **Claims against Healthcare Products I Holdings** | **Fraudulent transfer** | **70,000.00** | **Unknown** |
| **Potential claim against ClearCapital.com, Inc.** | **Breach of lease agreement** | **15,000.00** | **Unknown** |

| PURCHASED MATERIAL TO BE PICKED UP | SUPPLIER | INVENTORY | CURRENT PRICE/SQFT | TOTAL COST |
|---|---|---|---|---|
| Modern Oasis Marazzi MD09 12x24 | DAL TILE | 2,006.4SQFT | $ 2.08 | $ 4,173.31 |
| Delegate BLACK RECTANGLE 12X24 MATTE | DAL TILE | 578.68SQFT | $ 4.17 | $ 2,413.09 |
| Lagos Concrete Tile | ARIZONA TILE | 2,400SQFT | $ 3.40 | $ 8,160.00 |
| | | | Total | $ 14,746.40 |

| PURCHASED MATERIAL ON SITE | SUPPLIER | INVENTORY | CURRENT PRICE/SQFT/Unit | TOTAL COST |
|---|---|---|---|---|
| **Plumbing Fixtures and Fittings** | | | | |
| Dreamline Enigma Shower Doors SHDR-64607610-07 | Floor &Décor | 8 | $ 769.99 | $ 6,159.92 |
| Azzuri 43" Vanity Riley VS43-WT | Home Depot | 3 | $ 1,080.00 | $ 3,240.00 |
| TOTO Toilet  #MS604124CEFRG#01 | JWM | 436 | $ 705.00 | $ 307,380.00 |
| Moen Genta Shower Head & Valves #T2472EPBN | JWM | 543 | $ 228.72 | $ 124,194.96 |
| Moen Donner Shower Rods 52-5-BN | JWM | 80 | $ 30.83 | $ 2,466.40 |
| Moen Towel Bars 24" BH3824BN | JWM | 107 | $ 45.19 | $ 4,835.33 |
| Moen Hand Towel Bars BH3886BN | JWM | 124 | $ 33.19 | $ 4,115.56 |
| Moen Pivoting Paper Holder BH3808BN | JWM | 114 | $ 41.36 | $ 4,715.04 |
| Amer. Std. Princeton Shower Base 2946STL.011 | JWM | 130 | $ 540.15 | $ 70,219.50 |
| Amr. Std. Princeton Bathtubs 2390202.020 | JWM | 34 | $ 419.00 | $ 14,246.00 |
| Moen Garbage Disposals CAXU5367 GXP50C | JWM | 196 | $ 114.99 | $ 22,538.04 |
| Moen Genta Handle Single Mount Faucet 6702BN | JWM | 219 | $ 211.99 | $ 46,425.81 |
| **Hardware / Lighting** | | | | |
| Living District 3 Light Pendant LD4057D40BK | Statewide Lighting | 420 | $266 ea | $ 111,720.00 |
| Schlage Bed & Bath Door knobs | High Mountain | 196 | $ 74.97 | $ 14,694.12 |
| Doormerica Closure DC70 | High Mountain | 21 | $ 121.45 | $ 2,550.45 |
| Door Stop | High Mountain | 25 | $ 1.15 | $ 28.75 |
| Maxim Lighting Bath Vanity 52008SN | Statewide Lighting | 100 boxes | $224 each | $ 22,400.00 |
| **Appliances** | | | | |
| Frigidaire Dishwasher #FFCD2413US | R&B Wholesale | 20 | $ 399.00 | $ 7,980.00 |
| GE Electric Stacked Washer/Dryer #GUD24ESSMWW | R&B Wholesale | 62 | $ 1,248.00 | $ 77,376.00 |
| **Flooring / Tile** | | | | |
| Belucci Bianca Sangiorgio Tile 60x48 | Floor & Décor | 108 boxes | $ 25.98 | $ 2,805.84 |
| CER Villa Artisan 3x12 Frost (Tile) | Floor & Décor | 143 boxes | $ 22.00 | $ 3,146.00 |
| LVP Nucore Light Grey-768 boxes | Floor & Décor | 768 boxes | $76.36 box | $ 58,664.00 |
| LVP Nucore Whistling Hills-104 boxes | Floor & Décor | 104 boxes | $81.94 box | $ 8,521.76 |
| POR 12x24 Newport Ivory | Floor & Décor | 192 boxes | $ 46.40 | $ 8,908.80 |

| Lagos Concrete Tile 24x48 | Arizona Tile | 840 boxes | $ 13,011.60 | | ? |
|---|---|---|---|---|---|
| Mohawk CC | Mohawk | 240 boxes | $ 240.96 | $ 57,830.40 | |
| Armstrong VCT Pewter | Just Floor It | 72 boxes | $ 84.60 | $ 57,600.00 | |
| Tile-Stormy Sky, Rectangle, 12x24, Matte | Dal Tile | 16 boxes | $ 50.87 | $ 813.92 | |
| Tile-Grigio, Rectangle, 12x24, Matte | Dal Tile | 12 boxes | $ 35.16 | $ 421.92 | |
| Tile- Delegate, Black, Rectangle, 12x24, Matte | Dal Tile | 5 boxes | $ 80.40 | $ 814.00 | |
| UZIN NC 150 Self-Leveler 50lb | Big D Floor Covering Supplies | 44 bags | $54.99 bag | $ 2,419.56 | |
| Maxim Light Leveler | Big D Floor Covering Supplies | 10 bags | 45.99 bag | $ 459.90 | |
| | | | **Total** | **$ 993,866.25** | |
| **Clear Capital Appliances** | | | | | |
| Bosch Microwave | ABT | 4 | $1,946.00 | $ 7,784.00 | |
| U-Line ADA 24" Freestanding/Refrigerator | AJ Madison | 5 | $2,909.00 | $ 14,545.00 | |
| Bosch Dishwasher | Appliances Connection | 4 | 949 | $ 3,796.00 | |
| Avantco Freezer | Webstaurant | 1 | 2,199 | $ 2,199.00 | |
| Avantco Refrigerator | Webstaurant | 2 | 2739 | $ 5,478.00 | |
| Servlt Holding Cabinet | Webstaurant | 1 | 2549 | $ 2,549.00 | |
| Commercial Ice Maker | Amazon | 1 | 449.99 | $ 449.99 | |
| Summit Ice Maker | Home Depot | 3 | 2498.65 | $ 7,495.95 | |
| Moen Garbage Disposals | Home Depot | 4 | 130.9 | $ 523.60 | |
| Acuva ArrowMax Water Purifier | Western Nevada | 4 | 529.1 | $ 2,116.00 | |
| | | | | $ 46,936.54 | |
| | | | | | |
| **Total** | | | | **$1,055,548.79** | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Fill in this information to identify the case:**

Debtor name: Reno City Center Owner, LLC

United States Bankruptcy Court for the: District of Nevada

Case number (If known): 24-50152-hlb

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name: American National Insulation / Gale Building Products

Creditor's mailing address: 910 Meredith Way, Sparks, NV 89431

Creditor's email address, if known: marcus.boundy@Americannationalinsulation

Date debt was incurred:

Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,

All creditors on Schedule D. Relative priority currently unknown.

Describe debtor's property that is subject to a lien: Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

Describe the lien: Statutory

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 15,675.00    $ 153,000,000.00

**2.2**

Creditor's name: Builders United, LLC

Creditor's mailing address: 200 S Virginia St, 8th Floor, Reno, NV 89501

Creditor's email address, if known:

Date debt was incurred:

Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien: Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

Describe the lien: Statutory

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$789,286.93    $153,000,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 117,868,132.22

Debtor  Reno City Center Owner, LLC
_____
Name

Case number (if known)_ 24-50152-hlb

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Capital Glass, Inc.
_____

Creditor's mailing address

11331 S Virginia St
_____
#3, Reno, NV 89511
_____

Creditor's email address, if known
Dsiebert@capitalglassnv.com
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$893,924.25        $ 153,000,000.00

Describe the lien
Statutory
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.4** Creditor's name
City of Reno
_____

Creditor's mailing address

Department of Finance
_____
PO Box 1900, Reno, NV 89505
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$ 93,299.17        $ 153,000,000.00

Describe the lien
Statutory
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor  Reno City Center Owner, LLC
Name

Case number (*if known*)  24-50152-hlb

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
City of Reno

Creditor's mailing address

Sewer Use Fees
PO Box 1900, Reno, NV 89505

Creditor's email address, if known

Date debt was incurred  _____

Last 4 digits of account number  _____

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[_____]

　☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$814.31                    $ 153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
City of Reno

Creditor's mailing address

Sewer Use Fees
PO Box 1900, Reno, NV 89505

Creditor's email address, if known

Date debt was incurred  _____

Last 4 digits of account number  _____

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[_____]

　☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$ 18,311.19                $ 153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Reno City Center Owner, LLC
_____
Name

Case number *(if known)* 24-50152-hlb
_____

| Part 1: | Additional Page | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
City of Reno

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$ 1,081.19        $ 153,000,000.00

_____

**Creditor's mailing address**

Sewer Use Fees
PO Box 1900, Reno, NV 89505

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** **Creditor's name**
City of Reno

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$ 73,338.59        $ 153,000,000.00

_____

**Creditor's mailing address**

Sewer Use Fees
PO Box 1900, Reno, NV 89505

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Reno City Center Owner, LLC
_____
Name

Case number (if known)  24-50152-hlb
_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9** Creditor's name
City of Reno
_____

**Creditor's mailing address**

Department of Finance
PO Box 1900, Reno, NV 89505
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$75,300.08          $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
City of Reno
_____

**Creditor's mailing address**

Sewer Use Fees
PO Box 1900, Reno, NV 89505
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$13,907.92          $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Reno City Center Owner, LLC
_____
Name

Case number (if known)___24-50152-hlb___

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Sewer Use Fees
_____
PO Box 1900, Reno, NV 89505

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$3,877.20    $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.12** **Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Sewer Use Fees
_____
PO Box 1900, Reno, NV 89505

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$2,486.50    $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _6_ of _18_

Debtor  Reno City Center Owner, LLC
        Name                                                    Case number *(if known)*  24-50152-hlb

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** **Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Sewer Use Fees
PO Box 1900, Reno, NV 89505

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$1,725.76        $153,000,000.00

---

**2.14** **Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Sewer Use Fees
PO Box 1900, Reno, NV 89505

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$25,051.20        $153,000,000.00

---

Debtor    Reno City Center Owner, LLC
_____
          Name

Case number *(if known)*  24-50152-hlb
_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15 Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Sewer Use Fees
_____
PO Box 1900, Reno, NV 89505
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[_____]

　　☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$436.41          $153,000,000.00

**Describe the lien**

Statutory
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Department of Finance
_____
PO Box 1900, Reno, NV 89505
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[_____]

　　☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$41,319.22          $153,000,000.00

**Describe the lien**

Statutory
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Reno City Center Owner, LLC | | | |
|---|---|---|---|---|
| | Name | | Case number _(if known)_ | 24-50152-hlb |

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** **Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Sewer Use Fees
PO Box 1900, Reno, NV 89505

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**
Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$16,349.00    $153,000,000.00

---

**2.18** **Creditor's name**
City of Reno

_____

**Creditor's mailing address**

Sewer Use Fees
PO Box 1900, Reno, NV 89505

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**
Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$1,841.01    $153,000,000.00

---

Debtor    Reno City Center Owner, LLC
_____
Name

Case number *(if known)* 24-50152-hlb
_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19** **Creditor's name**
Concrete Resurfacing Systems
_____

**Creditor's mailing address**

6217 Ross Ave
_____
Ryde, CA 95680
_____

**Creditor's email address, if known**

office@conresys.com
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$128,380.87    $153,000,000.00

**Describe the lien**

Statutory
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.20** **Creditor's name**
Delphi CRE Funding LLC
_____

**Creditor's mailing address**

c/o ACORE Capital Mortgage, LP
_____
39 Mesa Street Ste. 109, San Francisco, C.
_____

**Creditor's email address, if known**

notices@acorecapital.com
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$106,404,300.05    $153,000,000.00

**Describe the lien**

Deed of Trust
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Reno City Center Owner, LLC
_____
          Name

Case number (if known)___24-50152-hlb___

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** **Creditor's name**
Guaranteed Clean Air LLC (GCA Environmental)
_____

**Creditor's mailing address**

3340 S. Wynn Road
_____
Suite A, Las Vegas, NV 89102
_____

**Creditor's email address, if known**

gcaadmin@gcaenv.com
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**

Statutory
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$77,981.00    $153,000,000.00

---

**2.22** **Creditor's name**
Intermountain Electric, Inc.
_____

**Creditor's mailing address**

4750 Longley Ln
_____
#105, Reno, NV 89502
_____

**Creditor's email address, if known**

tcunning@imelect.com
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**

Statutory
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$2,841,014.34    $153,000,000.00

---

Debtor    Reno City Center Owner, LLC
_____
Name

Case number (*if known*)___24-50152-hlb___

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.23** **Creditor's name**
J.W. McClenahan Co.

_____

**Creditor's mailing address**

1610 Marietta Way
Sparks, NV 89431

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,236,766.47          $153,000,000.00

---

**2.24** **Creditor's name**
Johnson Controls Fire Protection

_____

**Creditor's mailing address**

5757 N Green Bay Ave
PO Box 591, Milwaukee, WI 53201

**Creditor's email address, if known**

patrick.nathan.verling@jci.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

$213,209.69          $153,000,000.00

---

Debtor   Reno City Center Owner, LLC
         Name
                                            Case number (if known) 24-50152-hlb

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.25** Creditor's name
Johnson Controls Inc.

_____

**Creditor's mailing address**

PO Box 241566
Cleveland, OH 44124

**Creditor's email address, if known**

casey.james.crandall@jci.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$25,070.00          $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.26** Creditor's name
Moser Architecture Studio

_____

**Creditor's mailing address**

5975 S Edmond St
Las Vegas, NV 89118

**Creditor's email address, if known**

troy@moserarchitecture.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$680,735.00          $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Reno City Center Owner, LLC
         Name

Case number *(if known)*   24-50152-hlb

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.27** Creditor's name
Mt. Rose Heating & Air Conditioning

**Creditor's mailing address**

300 Sunshine Ln
Reno, NV 89502

**Creditor's email address, if known**

rauble@mtrosehvac.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$389,201.04          $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.28** Creditor's name
National Ceramic Tile & Stone Corp.

**Creditor's mailing address**

9980 Horn Rd.
Suite #100, Sacramento, CA 95827

**Creditor's email address, if known**

zachariahy@nctscorp.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$199,925.00          $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Reno City Center Owner, LLC
_____
Name

Case number (*if known*)___24-50152-hlb___

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.29** Creditor's name
Nelson Wilcox Structural Engineers

_____

**Creditor's mailing address**

225 S Arlington Ave
Unit B, Reno, NV 89501

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**
Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$43,230.00    $153,000,000.00

---

**2.30** Creditor's name
Reno Sparks Convention & Visitors Authority

**Creditor's mailing address**

4065 S Virginia St
Suite 100, Reno, NV 89502

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

**Describe the lien**
Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$63,832.18    $153,000,000.00

---

Debtor  Reno City Center Owner, LLC
        Name

Case number *(if known)* 24-50152-hlb

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.31 Creditor's name**
The Sherwin-Williams Company

**Creditor's mailing address**

1853 S. Horne
Suite 2, Mesa, AZ 85204

**Creditor's email address, if known**

Steven.O.Eliot@sherwin.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$19,102.50      $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.32 Creditor's name**
TK Elevator

**Creditor's mailing address**

PO Box 241566
Cleveland, OH 44124

**Creditor's email address, if known**

daniel.opfer@tkelevator.com

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$1,089,054.15      $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Reno City Center Owner, LLC
         Name

Case number (*if known*) 24-50152-hlb

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33** **Creditor's name**
Washoe County Treasurer

**Creditor's mailing address**

1001 E 9th St
Reno, NV 89512

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$576,389.98         $153,000,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.34** **Creditor's name**
Western Partitions, Inc.

**Creditor's mailing address**

958 Spice Islands Dr.
Sparks, NV 89431

**Creditor's email address, if known**

Nate.Hillestad@wpibuilds.com

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Reno City Center 5.49 acres including three hotel towers with 17, 24, and 26 stories; a 10-story parking garage with additional parking area on top of the structure

$1,811,915.02         $153,000,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ACORE Capital Mortgage, LP<br>5949 Sherry Lane<br>Suite 1255<br>Dallas, TX, 75225 | Line 2. 20 | _____ |
| Builders United LLC<br>6001 S Decatur Blvd<br>Suite J<br>Las Vegas, NV, 89118 | Line 2. 2 | _____ |
| David R. Johnson, Esq.<br>10781 West Twain Ave.<br>Las Vegas, NV, 89135 | Line 2. 31 | _____ |
| Jeffrey S. Spencer, Esq.<br>61 Continental Drive<br>Reno, NV, 89509 | Line 2. 22 | _____ |
| Jeffrey S. Spencer, Esq.<br>61 Continental Drive<br>Reno, NV, 89509 | Line 2. 27 | _____ |
| Jeffrey S. Spencer, Esq.<br>61 Continental Drive<br>Reno, NV, 89509 | Line 2. 28 | _____ |
| Jeremy R. Wilber, Esq.<br>861 Coronado Center Drive<br>Suite 231<br>Henderson, NV, 89052 | Line 2. 3 | _____ |
| Kaempfer Crowell, Ltd.<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, NV, 89135 | Line 2. 26 | _____ |
| Martin I. Melendrez, Esq.<br>1645 Village Center Circle<br>Suite 160<br>Las Vegas, NV, 89134 | Line 2. 24 | _____ |
| McDonald Carano LLP<br>100 W. Liberty Street<br>10th Floor<br>Reno, NV, 89501 | Line 2. 27 | _____ |
| McDonald Carano LLP<br>100 W. Liberty Street<br>10th Floor<br>Reno, NV, 89501 | Line 2. 34 | _____ |
| Sandy Hagemann<br>PO Box 241566<br>Cleveland, OH, 44124 | Line 2. 24 | _____ |
| Winstead PC<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, TX, 75201 | Line 2. 20 | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Reno City Center Owner, LLC |
| United States Bankruptcy Court for the: | District of Nevada |
| Case number (if known) | 24-50152-hlb |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
1-888-4-Abatement NV, Inc.
318 S 19th St
Suite 101
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Suppliers or Vendors

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
777 Satellite Star
35 N Edison Way
Suite #45
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Suppliers or Vendors

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
ACCO Engineered Systems
2010 Kleppe Lane

Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**  Suppliers or Vendors

$ 43,871.58

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Acme Construction Supply Co., Inc.
605 Glendale Avenue
Unit 108
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 22,678.78

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Acomb Ostendorf and Associates, LLC
906 Railroad Ave

Winter Park, FL, 32789

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Services

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Advance Installations, Inc.
1914 Hymer Ave

Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Suppliers or Vendors

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

AFCO Insurance
5600 N. River Road
Suite 400
Rosemont, IL, 60018-5187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64,938.19

---

**3.8** Nonpriority creditor's name and mailing address

American Drywall Service LLC
345 N Arlington Ave
Suite 1505
Reno, NV, 89501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.9** Nonpriority creditor's name and mailing address

Anchor Door Installs, LLC
945 Spice Islands Dr
Suite C
Reno, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 137,266.95

---

**3.10** Nonpriority creditor's name and mailing address

Apartments LLC
2660 Holcomb

Reno, NV, 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,500.00

---

**3.11** Nonpriority creditor's name and mailing address

ARC Workplace Services
PO Box 50429
Sparks, NV, 89435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,517.00

---

Debtor  Reno City Center Owner, LLC

Name

Case number *(if known)*  24-50152-hlb

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.12** Nonpriority creditor's name and mailing address

Arizona Tile
8895 Double Diamond Pkwy

Reno, NV, 89521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.13** Nonpriority creditor's name and mailing address

Armac Construction
30 Brown Dr

Mound House, NV 89706

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100,607.75

---

**3.14** Nonpriority creditor's name and mailing address

BERKADIA
8548 Rozita Lee Ave
Suite 310
Las Vegas, NV, 89113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.15** Nonpriority creditor's name and mailing address

Best Hardwood Flooring & Tile
3405 Kietzke Ln

Reno, NV, 89502

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41,569.80

---

**3.16** Nonpriority creditor's name and mailing address

Big Iron Inc.
425 Western Road
Suite 108
Reno, NV, 89506

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 862.50

---

Debtor  Reno City Center Owner, LLC
Name

Case number (if known)  24-50152-hlb

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**

Black & Wadhams
10777 Twain Ave
Suite 300
Las Vegas, NV, 89135

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,989.50

**3.18 Nonpriority creditor's name and mailing address**

Black Eagle Consulting, Inc.
1345 Capital Blvd

Reno, NV, 89502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,002.50

**3.19 Nonpriority creditor's name and mailing address**

Bonanza Produce Co.
1925 Freeport Blvd.
Sparks, NV, 89431

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,185.01

**3.20 Nonpriority creditor's name and mailing address**

Booking.com
Oosterdokskade 163
1011 DL
Amsterdam, The Netherlands

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,598.20

**3.21 Nonpriority creditor's name and mailing address**

Bradley G. Mullins

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,697.00

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Brady Companies, LLC
150 E Greg St
#106
Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 8,145.62**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.23  Nonpriority creditor's name and mailing address**

Bramco Construction Corporation
325 S 18th St

Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 16,559.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.24  Nonpriority creditor's name and mailing address**

BrandSafway Services LLC
4185 W. Harmon Ave
Las Vegas, NV, 89103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,539.12**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.25  Nonpriority creditor's name and mailing address**

Bristlecone Management, LLC
9325 W Sahara Ave

Las Vegas, NV, 89117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**$ 199,018.34**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.26  Nonpriority creditor's name and mailing address**

Budget Blinds
6550 Longley Lane
Suite 115
Reno, NV, 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,200.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|--------|---------------------------|------------------------|--------------|
|        | Name                      |                        |              |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

CA Generator Service
2900 Vassar Street C-6
Reno, NV, 89502

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 5,310.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.28** Nonpriority creditor's name and mailing address

CAI Development, LLC
9325 W. Sahara Ave.
Las Vegas, NV, 89117

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Services

$ 103,120.12

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.29** Nonpriority creditor's name and mailing address

CAI Investments, LLC
9325 W. Sahara Ave.
Las Vegas, NV, 89117

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Services

$ 987,091.50

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.30** Nonpriority creditor's name and mailing address

CAI Las Vegas Hotel Partners, LLC
9325 W. Sahara Ave.
Las Vegas, NV, 89117

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Services

$ 104,902.16

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.31** Nonpriority creditor's name and mailing address

Cameron Ashley Building Products
1090 Standard St, #D
Reno, NV, 89506

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 9,961.71

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Reno City Center Owner, LLC | | Case number *(if known)* 24-50152-hlb |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Campbell's Carpets of Nevada
605 Glendale Avenue
Unit 104B
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 5,562.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Certified Access
PO Box 3885

Reno, NV, 89505

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 43,710.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Cloud Tech LLC
1305 Ivyhedge Ave

St Augustine, FL, 32092

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 35,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Commercial Systems
1067 E San Carlos Ave

San Carlos, CA, 94070

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ 40,750.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Construction Reality Capture, LLC dba Multivista
9000 E Pima Center Pkwy
Ste 360
Scottsdale, AZ, 85258

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)*  24-50152-hlb | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37**  Nonpriority creditor's name and mailing address

Construction Specialties, Inc.
3 Werner Way
Lebanon, NJ, 08833

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,325.33

---

**3.38**  Nonpriority creditor's name and mailing address

Contract Flooring & Interior Services, Inc.
55 Silicon Dr

McCarran, NV, 89434

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,348.00

---

**3.39**  Nonpriority creditor's name and mailing address

CWallA
1260 Glendale Ave
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 344.24

---

**3.40**  Nonpriority creditor's name and mailing address

D&D Roofing
1000 Glendale Ave

Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,850.00

---

**3.41**  Nonpriority creditor's name and mailing address

Dal Tile
855 Sandhill Road
Suite D
Reno, NV, 89521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

| Debtor | Reno City Center Owner, LLC | Case number (if known) 24-50152-hlb |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Delta Fire Systems, Inc.
1655 Marietta Way
Suite #105
Sparks, NV, 89431

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address

Desert Fire Protection L.P
505 Valley Rd

Reno, NV, 89512

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address

Diamond Concrete Cutting
100 Menezes Way

Sparks, NV, 89434

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.45** Nonpriority creditor's name and mailing address

Dickinson Wright  PLLC
100 W Liberty St
Suite 940
Reno, NV, 89501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 159.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.46** Nonpriority creditor's name and mailing address

Dish Network  LLC
9601 S Meridian Blvd

Englewood, CO, 80112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Cable / Satellite Services

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Reno City Center Owner, LLC
         Name

Case number (*if known*)   24-50152-hlb

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Dos Bandidos, LLC
9325 W. Sahara Ave.
Las Vegas, NV, 89117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,000.00

---

**3.48** Nonpriority creditor's name and mailing address

Doyle K. Damron (Allegiance West)
345 Daly Ave

Park City, UT, 84060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,700.00

---

**3.49** Nonpriority creditor's name and mailing address

E&A Contracting
733 E Glendale Ave

Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 85,964.00

---

**3.50** Nonpriority creditor's name and mailing address

E3 Design Group
24860 Burnt Pine Dr
Ste 3
Bonita Springs, FL, 34134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 430.19

---

**3.51** Nonpriority creditor's name and mailing address

Ecolab Pest Elimination Division
26252 Network Place
Chicago, IL, 60673-1262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,585.01

---

Debtor    Reno City Center Owner, LLC
          Name

          Case number *(if known)*   24-50152-hlb

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** **52** Nonpriority creditor's name and mailing address

Ecolab USA Inc.
1 Ecolab Place

St. Paul, MN, 55102

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 12,009.65

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **53** Nonpriority creditor's name and mailing address

Eide Bailly LLP
5441 Kietzke Ln
Suite 150
Reno, NV, 89511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 6,033.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **54** Nonpriority creditor's name and mailing address

Emcor Services
155 Glendale Ave
Suite 13
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ 60,146.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **55** Nonpriority creditor's name and mailing address

Emerald Textile Services, Reno, LLC
250 Burge Rd

Reno, NV, 89506

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 45,116.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **56** Nonpriority creditor's name and mailing address

EPC-Electrical Professional Consultants
660 Kresge Ln

Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,740.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

EquipmentShare
3223 Mill St

Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 194,569.43

---

**3.58** Nonpriority creditor's name and mailing address

Expedia, Inc.
1111 Expedia Group Way W

Seattle, WA, 98119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,262.22

---

**3.59** Nonpriority creditor's name and mailing address

Express Services
7401 SW Washo Ct.
Suite 200
Tualatin, OR, 97062

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,328.94

---

**3.60** Nonpriority creditor's name and mailing address

F3 & Associates
145 Isidor Ct
Suite B
Sparks, NV, 89441

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,780.00

---

**3.61** Nonpriority creditor's name and mailing address

Fabtech, LLC
700 E 4th St

Reno, NV, 89512

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,085.51

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62  Nonpriority creditor's name and mailing address**

FEA Consulting Engineers
2821 W Horizon Ridge Pkwy

Henderson, NV, 89052

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 395.96

---

**3.63  Nonpriority creditor's name and mailing address**

Fedex Freight
Customer Service Dept. LA
PO Box 21415
Pasadena, CA, 91185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 207.00

---

**3.64  Nonpriority creditor's name and mailing address**

Felger & Associates
3050 Archdale Street
Las Vegas, NV, 89135

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.65  Nonpriority creditor's name and mailing address**

Fennemore Craig, P.C.
7800 Rancharrah Pkwy

Reno, NV, 89511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19,392.50

---

**3.66  Nonpriority creditor's name and mailing address**

Ficcadenti Waggoner and Castle Structural Engineers, Inc.
19696 Von Karman Avenue
Suite 240
Irvine, CA, 92606

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,646.00

| Debtor | Reno City Center Owner, LLC | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* 24-50152-hlb |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** **Nonpriority creditor's name and mailing address**

Floor & Décor Commercial
4823 Kietzke Lane

Reno, NV, 89509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.68** **Nonpriority creditor's name and mailing address**

FSI / Flooring Solutions of NV, Inc
4275 W Reno Ave

Las Vegas, NV, 89118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.69** **Nonpriority creditor's name and mailing address**

Gannett Satellite Network Inc.
7950 Jones Branch Dr

McLean, VA, 22107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cable / Satellite Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,669.50

---

**3.70** **Nonpriority creditor's name and mailing address**

Golden Entertainment
1050 Terminal Way

Reno, NV, 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 80,000.00

---

**3.71** **Nonpriority creditor's name and mailing address**

Grainger, Inc.
DEPT. 887483906
P.O. BOX 419267
Kansas City, MO, 64141-6267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 27,160.96

---

Debtor      Reno City Center Owner, LLC
            Name                                                          Case number (if known)    24-50152-hlb

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.72** Nonpriority creditor's name and mailing address

Green Solutions Recycling
PO BOX 20683
Reno, NV, 89515

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,256.38

---

**3.73** Nonpriority creditor's name and mailing address

HCVT (Holthouse Carlin & Van Trigt LLP)
File 1404, 1801 W.Olympic Blvd.
Pasadena, CA, 91199-1404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,910.00

---

**3.74** Nonpriority creditor's name and mailing address

Hejmanowski & McCrea LLC
520 South Fourth St.
Ste 320
Las Vegas, NV, 89101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,736.86

---

**3.75** Nonpriority creditor's name and mailing address

Helix Electric
961 Matley Lane
#190
Reno, NV, 89502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.76** Nonpriority creditor's name and mailing address

Henri Specialties Co., Inc.
280 Orville Wright Ct

Las Vegas, NV, 89119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 77   **Nonpriority creditor's name and mailing address**

High Mountain Door & Trim, INC.
8895 Double Diamond Pkwy
Suite 120
Reno, NV, 89521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 78   **Nonpriority creditor's name and mailing address**

Home Depot Credit Services
Customer Service
5125 Summit Ridge Ct
Reno, NV, 89523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,713.14

---

**3.** 79   **Nonpriority creditor's name and mailing address**

Hootsuite Inc
756 W Peachtree St NW
4th Floor
Atlanta, GA, 30332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,939.94

---

**3.** 80   **Nonpriority creditor's name and mailing address**

Horizon Window Fashions LLC
2002 Harvard Way
Suite C
Reno, NV, 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26,966.81

---

**3.** 81   **Nonpriority creditor's name and mailing address**

Hoy Chrissinger Vallas, PC
50 W Liberty St
Suite 840
Reno, NV, 89501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,937.00

---

Debtor    Reno City Center Owner, LLC
          Name

          Case number (*if known*)  24-50152-hlb

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.82** Nonpriority creditor's name and mailing address

IC-AC Harvard, LLC
9325 W. Sahara Ave.
Las Vegas, NV, 89117

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 45,668.75

---

**3.83** Nonpriority creditor's name and mailing address

ICS Tax, LLC
8722 Egan Dr

Savage, MN, 55378

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,405.20

---

**3.84** Nonpriority creditor's name and mailing address

Indovance Inc.
1051 Pemberton Hill Road
Suite 101
Apex, NC, 27502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,000.00

---

**3.85** Nonpriority creditor's name and mailing address

Industrial Handling Equipment, Inc.
846 So. Stanford Way
Sparks, NV, 89431

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,057.83

---

**3.86** Nonpriority creditor's name and mailing address

Innovative Cabinets & Design
875 E Patriot Blvd
Suite 208
Reno, NV, 89502

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,841.50

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.87** Nonpriority creditor's name and mailing address

Interior Specialists
18565 Jamboree Rd
Suite 125
Irvine, CA, 92612

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 366,342.80

---

**3.88** Nonpriority creditor's name and mailing address

Iron Dragon Fabrication LLC
552 Ranchwood Ln

Fernley, NV, 89408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.89** Nonpriority creditor's name and mailing address

Ironclad Builders LLC (Big Iron)
425 Western Road
Suite 108
Reno, NV, 89506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 575.00

---

**3.90** Nonpriority creditor's name and mailing address

Jive Communications, Inc
313 E 1200 S
Ste 200
Orem, UT, 84058

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34,763.84

---

**3.91** Nonpriority creditor's name and mailing address

JL Digital LLC
35 N Edison Way
#45
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 207,697.95

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|--------|------------------------------|----------------------------------------|
|        | Name                        |                                        |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 92 Nonpriority creditor's name and mailing address**

JP Cabinet Sales
20910 Miles Pkwy

Cleveland, OH, 44128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3. 93 Nonpriority creditor's name and mailing address**

Just Floor It!
1320 E Lincoln Way
Suite 102
Sparks, NV, 89434

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 69,731.33

---

**3. 94 Nonpriority creditor's name and mailing address**

Kodama, LLC.
3420 Douglas Dr

Washoe Valley, NV, 89704

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,760.00

---

**3. 95 Nonpriority creditor's name and mailing address**

Kristina Stanley
2294 Gorget Ct

Sparks, NV, 89441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 185.95

---

**3. 96 Nonpriority creditor's name and mailing address**

Kyla Alisna
2449 Butte Creek Drive

Sparks, NV, 89436

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,090.55

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 20 of 39

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|--------|------------------------------|------------------------|--------------|
|        | Name                         |                        |              |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 97** Nonpriority creditor's name and mailing address

Lewis Roca Rothgerber Christie, LLP
One East Liberty St
Suite 300
Reno, NV, 89501

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,977.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 98** Nonpriority creditor's name and mailing address

Life Pillars, LLC
9325 W. Sahara Ave.
Las Vegas, NV, 89117

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 6,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 99** Nonpriority creditor's name and mailing address

Luxe Industries LLC
8635 W Sahara Ave
Suite 501
Las Vegas, NV, 89117

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services

$ 9,823,446.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 100** Nonpriority creditor's name and mailing address

McGinley & Associates
6995 Sierra Center Pkwy

Reno, NV, 89511

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 10,819.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 101** Nonpriority creditor's name and mailing address

Mobile Mini
PO Box 650882
Dallas, TX, 75265-0882

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 165,924.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 102    Nonpriority creditor's name and mailing address**

Moran Reeves & Conn PC
1211 E Cary St

Richmond, VA, 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 27,733.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 103    Nonpriority creditor's name and mailing address**

Mountain Alarm / Burgarello Alarm
50 Snider Way
Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 945.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 104    Nonpriority creditor's name and mailing address**

MSE Environmental
8215 S Eastern Ave
Suite 295
Las Vegas, NV, 89123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 105    Nonpriority creditor's name and mailing address**

Nalco Company LLC
1601 West Diehl Rd

Naperville, IL, 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 52,734.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 106    Nonpriority creditor's name and mailing address**

Neeser Construction
455 US Hwy 395 N

New Washoe City, NV, 89704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Reno City Center Owner, LLC
          Name                                                  Case number *(if known)*    24-50152-hlb

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **107**  Nonpriority creditor's name and mailing address
Nevada Recycling & Salvage, LLC
1085 Telegraph St
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 44,865.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **108**  Nonpriority creditor's name and mailing address
Nevada Recycling & Salvage, LLC
1085 Telegraph St
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,050.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

**3.** **109**  Nonpriority creditor's name and mailing address
New Rome (OSA Consultant)
10394 W Chatfield Ave #108
Littleton, CO, 80127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

**3.** **110**  Nonpriority creditor's name and mailing address
New West Distributing
325 E. Nugget Ave
Ste 101
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,440.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **111**  Nonpriority creditor's name and mailing address
Northern Nevada Public Health
1001 East Ninth St
Bldg B 171
Reno, NV, 89512

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 935.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

Debtor   Reno City Center Owner, LLC
        Name

Case number (if known)   24-50152-hlb

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 112   **Nonpriority creditor's name and mailing address**

NV Energy
6226 W Sahara Ave

Las Vegas, NV, 89146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 2,118.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 113   **Nonpriority creditor's name and mailing address**

Obermeier Sheykhet Architecture
1635 Blake St
#100
Denver, CO, 80202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 41,760.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114   **Nonpriority creditor's name and mailing address**

Occupational Health Centers of the Southwest, P.A.
PO Box 9010
Broomfield, CO, 80021-9010

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 281.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115   **Nonpriority creditor's name and mailing address**

Optimum Flooring
3000 Michelle Lane

Oakley, CA, 94561

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 89,151.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 116   **Nonpriority creditor's name and mailing address**

Orbis Solutions, Inc.
8022 S Rainbow Blvd

Las Vegas, NV, 89139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | |
|---|---|---|
| | Name | |
| | Case number (if known) 24-50152-hlb | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

Paladin Risk Management LTD LLC
275 E Hillcrest Dr
Suite 215
Thousand Oaks, CA, 91360

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,000.00

**3.118** Nonpriority creditor's name and mailing address

Partition King
140 Greenwich Ave
Suite 3
Greenwich, CT, 6830

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.119** Nonpriority creditor's name and mailing address

Penguin Mailboxes
100A Broadway
#148
Brooklyn, NY, 11249

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.120** Nonpriority creditor's name and mailing address

Penhall Company
550 E Parr Blvd

Reno, NV, 89512

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,122.42

**3.121** Nonpriority creditor's name and mailing address

Phillip Jeffries Ltd
180 Passaic Ave

Fairfield, NJ, 7004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Debtor    Reno City Center Owner, LLC
Name

Case number *(if known)*    24-50152-hlb

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 122  **Nonpriority creditor's name and mailing address**

PKWY Management, LLC
7120 Rafael Ridge Way
Las Vegas, NV, 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Tenant Improvements reimbursement

$ 946,090.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Premier Office Systems
2451 S Buffalo Dr
Suite 132
Las Vegas, NV, 89117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 437.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 124  **Nonpriority creditor's name and mailing address**

ProCabinet Solutions/Quadro Cabinets
14 Brown Dr
#3
Mound House, NV, 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 45,418.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 125  **Nonpriority creditor's name and mailing address**

Quality Countertops and Design, Inc.
1005 Standard St
Suite D
Reno, NV, 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Quality Plumbing Supply
2373 State Route 28

North Creek, NY, 12853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 285.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** <sup>127</sup> **Nonpriority creditor's name and mailing address**

Quick Space
820 Marietta Way
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 173,545.75

---

**3.** <sup>128</sup> **Nonpriority creditor's name and mailing address**

R&B Wholesale Distributors, Inc.
6140 North Hollywood Blvd
Suite #105
Las Vegas, NV, 89115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,006.29

---

**3.** <sup>129</sup> **Nonpriority creditor's name and mailing address**

R.F. MacDonald Co.
99 Megabyte Dr

Sparks, NV, 89437

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 65,995.25

---

**3.** <sup>130</sup> **Nonpriority creditor's name and mailing address**

RealPage, Inc.
2201 Lakeside Blvd

Richardson, TX, 75082

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 68,405.16

---

**3.** <sup>131</sup> **Nonpriority creditor's name and mailing address**

Renaissance Life & Health Insurance Company
of America
PO Box 1596

Indianapolis, IN, 46206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,989.50

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132  Nonpriority creditor's name and mailing address**

Reno Carson Lumber
680 Spice Islands Drive
Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 5,308.62

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.133  Nonpriority creditor's name and mailing address**

Reno Paint Mart
201 E Moana Ln
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.134  Nonpriority creditor's name and mailing address**

Rent Group Inc
701 S Carson St
Ste 200
Carson City, NV, 89701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 12,259.50

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.135  Nonpriority creditor's name and mailing address**

RHP Mechanical Systems
1008 E 4th St
Reno, NV, 89512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.136  Nonpriority creditor's name and mailing address**

Rick's AEC Reprographics
488 Kietzke Lane
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,743.45

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 137  **Nonpriority creditor's name and mailing address**

Risk Placement Services, Inc.
701 S Carson St
Ste 200
Carson City, NV, 89701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 19,821.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.** 138  **Nonpriority creditor's name and mailing address**

Schindler Elevator Corporation
6265 South Valley View Blvd
Suite H
Las Vegas, NV, 89118

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,974.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 139  **Nonpriority creditor's name and mailing address**

ServiceMaster First Response
840 Bergin Way

Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 28,355.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 140  **Nonpriority creditor's name and mailing address**

SGF Engineering
9500 Prototype Ct

Reno, NV, 89521

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 48,466.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.** 141  **Nonpriority creditor's name and mailing address**

Sherwin Williams
1375 Airmotive Way
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,056.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Reno City Center Owner, LLC
          Name

          Case number (if known)    24-50152-hlb

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 Nonpriority creditor's name and mailing address**

Sierra Pacific Power Company
6100 Niel Rd

Reno, NV, 89511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,111.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.143 Nonpriority creditor's name and mailing address**

Signs by Tomorrow
3595 Airway Dr
Suite 403
Reno, NV, 89511

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 336.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.144 Nonpriority creditor's name and mailing address**

Signtech Electrical Advertising, Inc.
4444 Federal Blvd.

San Diego, CA, 92102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.145 Nonpriority creditor's name and mailing address**

Silver Legacy Resort & Casino
Sales
407 N. Virginia Street
Reno, NV, 89501

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,923.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.146 Nonpriority creditor's name and mailing address**

Silver State Barricade & Sign
1997 Glendale Ave
Sparks, NV, 89431

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44,876.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Reno City Center Owner, LLC
          Name

          Case number (if known)    24-50152-hlb

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 147    **Nonpriority creditor's name and mailing address**

Silver State Realty & Investments
9325 W. Sahara Ave.
Las Vegas, NV, 89117

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 601,198.20

---

**3.** 148    **Nonpriority creditor's name and mailing address**

Sky Fiber
8975 Double Diamond Pkwy
#A-9
Reno, NV, 89521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 149    **Nonpriority creditor's name and mailing address**

Sorensen Entity Services, LLC
1201 Orange St
#7044
Wilmington, DE, 19801

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,474.00

---

**3.** 150    **Nonpriority creditor's name and mailing address**

Southwest Specialty Contractors, LLC
5990 S Buffalo Rd

Las Vegas, NV, 89113

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 189,346.00

---

**3.** 151    **Nonpriority creditor's name and mailing address**

State of Nevada Mechanical Compliance Division
4600 Kietzke Ln
Suite F-151
Reno, NV, 89502

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,000.00

---

Debtor    Reno City Center Owner, LLC
          Name

Case number *(if known)*    24-50152-hlb

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.152** Nonpriority creditor's name and mailing address

Statewide Lighting Inc.
1311 S Virginia St

Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ 25,242.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.153** Nonpriority creditor's name and mailing address

Stericycle, Inc.
28883 Network Place
Chicago, IL, 60673-1288

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,071.29

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.154** Nonpriority creditor's name and mailing address

Sunbelt Rentals
695 Ferrari McLeod Blvd

Reno, NV, 89512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 38,249.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.155** Nonpriority creditor's name and mailing address

Supreme Concrete LLC
5295 Coggins Rd

Reno, NV, 89506

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ 49,201.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.156** Nonpriority creditor's name and mailing address

Sysco Guest Supply, LLC
112 N Curry St

Carson City, NV, 89703

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ 547.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 157 **Nonpriority creditor's name and mailing address**

Sysco Sacramento Inc.
7062 Pacific Ave

Pleasant Grove, CA, 95668

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25.62

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 158 **Nonpriority creditor's name and mailing address**

Tahoe Supply Company
2205 Glendale Ave
Suite 123
Sparks, NV, 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 405.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** 159 **Nonpriority creditor's name and mailing address**

Tenaska Power Services Co
300 East John Carpenter Freeway
Suite 1100
Irving, TX, 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 78,759.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** 160 **Nonpriority creditor's name and mailing address**

Tholl Fence
P.O. Box 855
Sparks, NV, 89432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,094.62

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 161 **Nonpriority creditor's name and mailing address**

Thomas Precision Welding
28 Industrial Pkwy

Carson City, NV, 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,240.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|--------|------------------------------|-----------------------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 162 Nonpriority creditor's name and mailing address**

Travelscape LLC
701 S Carson St
Suite 200
Carson City, NV, 89701

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,000.00

---

**3. 163 Nonpriority creditor's name and mailing address**

Truckee Meadows Water Authority
1355 Capital Blvd
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,542.42

---

**3. 164 Nonpriority creditor's name and mailing address**

United Rentals
12905 Old Virginia Rd

Reno, NV, 89521

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 43,841.41

---

**3. 165 Nonpriority creditor's name and mailing address**

United Rentals (Heaters)
10183 Croydon Way
Ste B
Sacramento, CA, 95827

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,855.05

---

**3. 166 Nonpriority creditor's name and mailing address**

United Site Services
PO Box 660475
Dallas, TX, 75266-0475

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,028.84

---

| Debtor | Reno City Center Owner, LLC | | |
|--------|------------------------------|---|---|
| | Name | Case number *(if known)* | 24-50152-hlb |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** Nonpriority creditor's name and mailing address

Utility Telecom
PO Box 8489
Stockton, CA, 95208-9998

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 13,737.30

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address

Virtual Business Enterprises,  LLC
2520 St Rose Pkwy
Suite 107
Henderson, NV, 89074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 3,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.169** Nonpriority creditor's name and mailing address

WAC Lighting
44 Harbor Park Drive
Port Washington, NY, 11050

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 2,868.27

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address

Waste Management
100 Vassar St

Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 8,409.92

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address

Wedco, Inc.
P.O. Box 1131
Reno, NV, 89504

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 28,866.60

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 172  **Nonpriority creditor's name and mailing address**

Western Electricity Coordinating Council
155 North 400 West
Suite 200
Salt Lake City, UT, 84103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.** 173  **Nonpriority creditor's name and mailing address**

Western Electricity Coordinating Council
155 North 400 West
Suite 200
Salt Lake City, UT, 84103

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 550.00

---

**3.** 174  **Nonpriority creditor's name and mailing address**

Western Nevada Supply
950 S Rock Blvd

Sparks, NV, 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 748.30

---

**3.** 175  **Nonpriority creditor's name and mailing address**

Westguard Insurance Company
39 Public Square

Wilkes-Barre, PA, 18703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,534.48

---

**3.** 176  **Nonpriority creditor's name and mailing address**

WGC  (Moser contracted)
8804 Spanish Ridge Ave
Suite 200
Las Vegas, NV, 89148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `177` **Nonpriority creditor's name and mailing address**

Whitney Peak Hotel, LLC
255 N Virginia St

Reno, NV, 89501

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:

$ 83,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.** `178` **Nonpriority creditor's name and mailing address**

Wise Consulting and Training
5400 Mill St

Reno, NV, 89502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 5,359.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.** `179` **Nonpriority creditor's name and mailing address**

Xclusive Staffing Acquisition Holdings, LLC
8774 Yates Dr
Suite 210
Westminster, CO, 80031

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 18,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.** `180` **Nonpriority creditor's name and mailing address**

Xerox Financial Services
45 Glover Ave
PO Box 4505
Norwalk, CT, 6850

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,544.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.** `181` **Nonpriority creditor's name and mailing address**

Yes Tile LLC.
8121 Seneca Dr

Reno, NV, 89506

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Reno City Center Owner, LLC
          Name

Case number (*if known*)    24-50152-hlb

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Booking.com USA<br>28 Liberty St<br>29th floor<br>New York, NY, 10005 | Line 3.20<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor　Reno City Center Owner, LLC

Name

Case number *(if known)*　24-50152-hlb

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ＋ | $ 16,619,940.09 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 16,619,940.09 |

**Fill in this information to identify the case:**

Debtor name _Reno City Center Owner, LLC_

United States Bankruptcy Court for the: _District of Nevada_

Case number (If known): _24-50152-hlb_     Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Parking Lease Agreement<br>Lessee | Fitzgerald Virginia & Plaza LLC<br>Attn: Donald R. Wilson<br>540 W. Madison Street, 25th Floor<br>Chicago, IL, 60661 |
| | State the term remaining | 89 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Suites W1-2 and W1-7 of 210 N. Virginia Street, Reno, NV 89501 (approx. 15,459 sq ft)<br>Lessor | PKWY Management, LLC<br>7120 Rafael Ridge Way<br>Las Vegas, NV, 89119 |
| | State the term remaining | 9 years | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Interim Management & Operating Agreement related to the Property's nonrestricted gaming right<br>Lessee | Sartini Gaming, LLC<br>6595 S. Jones Blvd.<br>Las Vegas, NV, 89118 |
| | State the term remaining | Expires April 1, 2024 with 6 month autorenewal thereafter | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Hospitality Master Lease Agreement for the entire East Tower<br>Lessor | OTM Hospitality-Reno, LLC<br>175 E. 2nd Street<br>Reno, NV, 89501 |
| | State the term remaining | None; expired 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Development Agreement for Fee Deferral<br>Purchaser | City of Reno<br>Attn: City Manager<br>1 E. First Street<br>Reno, NV, 89501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Reno City Center Owner, LLC | Case number (*if known*) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.__6__ | State what the contract or lease is for and the nature of the debtor's interest | Standard Form of AIA Agreement dated February 23, 2021 and revised May 10, 2022 | Luxe Industries LLC<br>316 California Ave.<br>Suite 132<br>Reno, NV, 89509 |
| | State the term remaining<br>List the contract number o any government contract | | |
| 2.__7__ | State what the contract or lease is for and the nature of the debtor's interest | Modernization of 18 Elevators dated July 30, 2021 | TK Elevator Corporation<br>PO Box 3796<br>Carol Stream, IL, 60132 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.__8__ | State what the contract or lease is for and the nature of the debtor's interest | Suites W2-3, W3-1 & W4-2 of 210 N. Virginia St., Reno, NV 89501 (approx. 76,789 sq ft)<br>Lessor<br>THIS LEASE IS DISPUTED | ClearCapital.com, Inc.<br>300 E. 2nd Street<br>Suite 1405<br>Reno, NV, 89501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.__9__ | State what the contract or lease is for and the nature of the debtor's interest | Suite W1-1 of 210 N. Virginia Street, Reno, NV 89501 for a Starbucks retail store (1,488 sq ft)<br>Lessor<br>7 years | CAI Investments, LLC<br>9325 W. Sahara Ave.<br>Las Vegas, NV, 89117 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining<br>List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name  Reno City Center Owner, LLC

United States Bankruptcy Court for the:  District of Nevada

Case number (If known):  24-50152-hlb

---

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Reno City Center LLC | c/o RCC Manager<br>339 W State St Ste 201<br>Eagle, ID 83616 | Rent Group Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 OTM Hospitality-Reno | 175 E. Second Street<br>Reno, NV 89501 | Rent Group Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Sky Fiber | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Wise Consulting and Trair | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | R.F. MacDonald Co. | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Reno City Center LLC | c/o RCC Manager<br>339 W State St Ste 201<br>Eagle, ID 83616 | Risk Placement Services, | ☐ D<br>☑ E/F<br>☐ G |

---

| Debtor | Reno City Center Owner, LLC | | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.7 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | SGF Engineering | ☐ D ☒ E/F ☐ G |
| 2.8 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Sysco Sacramento Inc. | ☐ D ☒ E/F ☐ G |
| 2.9 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Travelscape LLC | ☐ D ☒ E/F ☐ G |
| 2.10 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | United Rentals | ☐ D ☒ E/F ☐ G |
| 2.11 | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Virtual Business Enterprises, LLC | ☐ D ☒ E/F ☐ G |
| 2.12 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Virtual Business Enterprises, LLC | ☐ D ☒ E/F ☐ G |
| 2.13 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Waste Management | ☐ D ☒ E/F ☐ G |
| 2.14 | OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Waste Management | ☐ D ☒ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.15 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | | Westguard Insurance Company | ☐ D  ☑ E/F  ☐ G |
| 2.16 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | | Western Nevada Supply | ☐ D  ☑ E/F  ☐ G |
| 2.17 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | | Westguard Insurance Company | ☐ D  ☑ E/F  ☐ G |
| 2.18 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | | WGC  (Moser contracted) | ☐ D  ☑ E/F  ☐ G |
| 2.19 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | | Whitney Peak Hotel, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.20 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | | Xerox Financial Services | ☐ D  ☑ E/F  ☐ G |
| 2.21 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | | Xclusive Staffing Acquisition Holdings, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.22 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | | Xclusive Staffing Acquisition Holdings, LLC | ☐ D  ☑ E/F  ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Bristlecone Management, LLC | ☐ D ☑ E/F ☐ G |
| 2.24 | OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Xerox Financial Services | ☐ D ☑ E/F ☐ G |
| 2.25 | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Dos Bandidos, LLC | ☐ D ☑ E/F ☐ G |
| 2.26 | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Life Pillars, LLC | ☐ D ☑ E/F ☐ G |
| 2.27 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | National Ceramic Tile & Stone Corp. | ☑ D ☐ E/F ☐ G |
| 2.28 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | BrandSafway Services LLC | ☐ D ☑ E/F ☐ G |
| 2.29 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | CWallA | ☐ D ☑ E/F ☐ G |
| 2.30 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Ecolab Pest Elimination Division | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.**31** | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Ecolab Pest Elimination Division | ☐ D ☑ E/F ☐ G |
| 2.**32** | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Grainger, Inc. | ☐ D ☑ E/F ☐ G |
| 2.**33** | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Home Depot Credit Services | ☐ D ☑ E/F ☐ G |
| 2.**34** | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Mobile Mini | ☐ D ☑ E/F ☐ G |
| 2.**35** | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | New West Distributing | ☐ D ☑ E/F ☐ G |
| 2.**36** | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Northern Nevada Public Health | ☐ D ☑ E/F ☐ G |
| 2.**37** | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Tahoe Supply Company | ☐ D ☑ E/F ☐ G |
| 2.**38** | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Tholl Fence | ☐ D ☑ E/F ☐ G |

Debtor    Reno City Center Owner, LLC
_____
Name

Case number *(if known)*  24-50152-hlb
_____

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Wedco, Inc. | ☐ D ☑ E/F ☐ G |
| 2.40 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | IC-AC Harvard, LLC | ☐ D ☑ E/F ☐ G |
| 2.41 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Moser Architecture Studio | ☑ D ☐ E/F ☐ G |
| 2.42 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Nelson Wilcox Structural Engineers | ☑ D ☐ E/F ☐ G |
| 2.43 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Booking.com | ☐ D ☑ E/F ☐ G |
| 2.44 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Booking.com | ☐ D ☑ E/F ☐ G |
| 2.45 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | CA Generator Service | ☐ D ☑ E/F ☐ G |
| 2.46 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Felger & Associates | ☐ D ☑ E/F ☐ G |

Debtor  Reno City Center Owner, LLC
_____
Name

Case number (if known) 24-50152-hlb
_____



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | WAC Lighting | ☐ D ☑ E/F ☐ G |
| 2.48 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Ficcadenti Waggoner and Castle Structural Engineers, Inc. | ☐ D ☑ E/F ☐ G |
| 2.49 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Industrial Handling Equipment, Inc. | ☐ D ☑ E/F ☐ G |
| 2.50 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Mountain Alarm / Burgarello Alarm | ☐ D ☑ E/F ☐ G |
| 2.51 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Occupational Health Centers of the Southwest, P.A. | ☐ D ☑ E/F ☐ G |
| 2.52 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Quick Space | ☐ D ☑ E/F ☐ G |
| 2.53 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Rick's AEC Reprographics | ☐ D ☑ E/F ☐ G |
| 2.54 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | United Site Services | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
| --- | --- | --- | --- |
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.55 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Utility Telecom | ☐ D ☑ E/F ☐ G |
| 2.56 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | ClearCapital.com, Inc. | ☐ D ☐ E/F ☑ G |
| 2.57 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Cameron Ashley Building Products | ☐ D ☑ E/F ☐ G |
| 2.58 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Green Solutions Recycling | ☐ D ☑ E/F ☐ G |
| 2.59 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Campbell's Carpets of Nevada | ☐ D ☑ E/F ☐ G |
| 2.60 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | HCVT (Holthouse Carlin & Van Trigt LLP) | ☐ D ☑ E/F ☐ G |
| 2.61 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Reno Carson Lumber | ☐ D ☑ E/F ☐ G |
| 2.62 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Sherwin Williams | ☐ D ☑ E/F ☐ G |



| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Truckee Meadows Water Authority | ☐ D ☑ E/F ☐ G |
| 2.64 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Construction Specialties, Inc. | ☐ D ☑ E/F ☐ G |
| 2.65 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Silver Legacy Resort & Casino | ☐ D ☑ E/F ☐ G |
| 2.66 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Silver State Barricade & Sign | ☐ D ☑ E/F ☐ G |
| 2.67 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | State of Nevada Mechanical Compliance Division | ☐ D ☑ E/F ☐ G |
| 2.68 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Tenaska Power Services Co | ☐ D ☑ E/F ☐ G |
| 2.69 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Tenaska Power Services Co | ☐ D ☑ E/F ☐ G |
| 2.70 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | United Rentals (Heaters) | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* 24-50152-hlb |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.71 | Christopher Beavor | c/o Brian Davidoff 2049 Century Park East Suite 2600 Los Angeles, CA 90067 | Delphi CRE Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Johnson Controls Fire Protection | ☑ D ☐ E/F ☐ G |
| 2.73 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Capital Glass, Inc. | ☑ D ☐ E/F ☐ G |
| 2.74 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Mt. Rose Heating & Air Conditioning | ☑ D ☐ E/F ☐ G |
| 2.75 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | TK Elevator | ☑ D ☐ E/F ☐ G |
| 2.76 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | American National Insulation / Gale Building Products | ☑ D ☐ E/F ☐ G |
| 2.77 | Builders United | 200 S Virginia St 8th Floor Reno, NV 89501 | National Ceramic Tile & Stone Corp. | ☑ D ☐ E/F ☐ G |
| 2.78 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | The Sherwin-Williams Company | ☑ D ☐ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Western Partitions, Inc. | ☑ D ☐ E/F ☐ G |
| 2.80 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Johnson Controls Inc. | ☑ D ☐ E/F ☐ G |
| 2.81 | Builders United | 200 S Virginia St 8th Floor Reno, NV 89501 | Western Partitions, Inc. | ☑ D ☐ E/F ☐ G |
| 2.82 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Intermountain Electric, Inc. | ☑ D ☐ E/F ☐ G |
| 2.83 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Concrete Resurfacing Systems | ☑ D ☐ E/F ☐ G |
| 2.84 | PKWY Reno LLC | 7120 Rafael Ridge Way Las Vegas, NV 89119 | Builders United, LLC | ☑ D ☐ E/F ☐ G |
| 2.85 | Builders United | 200 S Virginia St 8th Floor Reno, NV 89501 | Intermountain Electric, Inc. | ☑ D ☐ E/F ☐ G |
| 2.86 | Michael Smarrito | AOA 811 S Main St Burbank, CA 91506 | Moser Architecture Studio | ☑ D ☐ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | 24-50152-hlb |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.87 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Guaranteed Clean Air LLC (GCA Environmental) | ☑ D ☐ E/F ☐ G |
| 2.88 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Fitzgerald Virginia & Plaza LLC | ☐ D ☐ E/F ☑ G |
| 2.89 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | 1-888-4-Abatement NV, Inc. | ☐ D ☑ E/F ☐ G |
| 2.90 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | PKWY Management, LLC | ☐ D ☐ E/F ☑ G |
| 2.91 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | OTM Hospitality-Reno, LLC | ☐ D ☐ E/F ☑ G |
| 2.92 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | CAI Investments, LLC | ☐ D ☐ E/F ☑ G |
| 2.93 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | City of Reno | ☐ D ☐ E/F ☑ G |
| 2.94 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Luxe Industries LLC | ☐ D ☐ E/F ☑ G |

| Debtor | Reno City Center Owner, LLC | | Case number (if known) | 24-50152-hlb |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | TK Elevator Corporation | ☐ D ☐ E/F ☑ G |
| 2.96 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Acme Construction Supply Co., Inc. | ☐ D ☑ E/F ☐ G |
| 2.97 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | AFCO Insurance | ☐ D ☑ E/F ☐ G |
| 2.98 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | American Drywall Service LLC | ☐ D ☑ E/F ☐ G |
| 2.99 | Silver State Realty & Investments, LLC | 9325 W/ Sahara Ave. Las Vegas, NV 89117 | Apartments LLC | ☐ D ☑ E/F ☐ G |
| 2.100 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Apartments LLC | ☐ D ☑ E/F ☐ G |
| 2.101 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Commercial Systems | ☐ D ☑ E/F ☐ G |
| 2.102 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Diamond Concrete Cutting | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.10: | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | 777 Satellite Star | ☐ D ☑ E/F ☐ G |
| 2.10 | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Acomb Ostendorf and Associates, LLC | ☐ D ☑ E/F ☐ G |
| 2.10! | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Acomb Ostendorf and Associates, LLC | ☐ D ☑ E/F ☐ G |
| 2.10( | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Anchor Door Installs, LLC | ☐ D ☑ E/F ☐ G |
| 2.10; | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Arizona Tile | ☐ D ☑ E/F ☐ G |
| 2.10{ | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | ACCO Engineered Systems | ☐ D ☑ E/F ☐ G |
| 2.10! | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | ACCO Engineered Systems | ☐ D ☑ E/F ☐ G |
| 2.11( | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Advance Installations, Inc. | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
| --- | --- | --- | --- |
| | Name | | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.11 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Armac Construction | ☐ D ☑ E/F ☐ G |
| 2.11 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Budget Blinds | ☐ D ☑ E/F ☐ G |
| 2.11 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | BERKADIA | ☐ D ☑ E/F ☐ G |
| 2.11 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Brady Companies, LLC | ☐ D ☑ E/F ☐ G |
| 2.11 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Sartini Gaming, LLC | ☐ D ☐ E/F ☑ G |
| 2.11 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Best Hardwood Flooring & Tile | ☐ D ☑ E/F ☐ G |
| 2.11 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Black Eagle Consulting, Inc. | ☐ D ☑ E/F ☐ G |
| 2.11 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Black & Wadhams | ☐ D ☑ E/F ☐ G |

Debtor  Reno City Center Owner, LLC
Name

Case number *(if known)*  24-50152-hlb

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.11! Reno City Center LLC | c/o RCC Manager<br>339 W State St Ste 201<br>Eagle, ID 83616 | Bradley G. Mullins | ☐ D<br>☑ E/F<br>☐ G |
| 2.12( Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Bramco Construction Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 Reno City Center LLC | c/o RCC Manager<br>339 W State St Ste 201<br>Eagle, ID 83616 | Bramco Construction Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.12: Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Certified Access | ☐ D<br>☑ E/F<br>☐ G |
| 2.12: Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Cloud Tech LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.12- Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Construction Reality Capture, LLC dba Multivista | ☐ D<br>☑ E/F<br>☐ G |
| 2.12! CAI Investments, LLC | 9325 W. Sahara Ave.<br>Las Vegas, NV 89117 | Construction Reality Capture, LLC dba Multivista | ☐ D<br>☑ E/F<br>☐ G |
| 2.12( Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Contract Flooring & Interior Services, Inc. | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.12 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Doyle K. Damron (Allegiance West) | ☐ D ☑ E/F ☐ G |
| 2.12 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Dal Tile | ☐ D ☑ E/F ☐ G |
| 2.12 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | D&D Roofing | ☐ D ☑ E/F ☐ G |
| 2.13 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Delta Fire Systems, Inc. | ☐ D ☐ E/F ☐ G |
| 2.13 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Desert Fire Protection L.P | ☐ D ☑ E/F ☐ G |
| 2.13 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Dickinson Wright  PLLC | ☐ D ☑ E/F ☐ G |
| 2.13 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Dickinson Wright  PLLC | ☐ D ☑ E/F ☐ G |
| 2.13 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Dish Network  LLC | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.13! | OTM Hospitality-Reno, LLC | 175 E. Second Street<br>Reno, NV 89501 | Dish Network  LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.13( | OTM Hospitality-Reno, LLC | 175 E. Second Street<br>Reno, NV 89501 | Brady Companies, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.13' | OTM Hospitality-Reno, LLC | 175 E. Second Street<br>Reno, NV 89501 | Apartments LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.13i | Reno City Center LLC | c/o RCC Manager<br>339 W State St Ste 201<br>Eagle, ID 83616 | E3 Design Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.13! | Reno City Center LLC | c/o RCC Manager<br>339 W State St Ste 201<br>Eagle, ID 83616 | Fennemore Craig, P.C. | ☐ D<br>☑ E/F<br>☐ G |
| 2.14( | Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Floor & Décor Commercial | ☐ D<br>☑ E/F<br>☐ G |
| 2.14' | Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | High Mountain Door & Trim, INC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.14: | Luxe Industries LLC | 316 California Ave<br>Suite 132<br>Reno, NV 89509 | Horizon Window Fashions LLC | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.14_ | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Iron Dragon Fabrication LLC | ☐ D ☑ E/F ☐ G |
| 2.14_ | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Jive Communications, Inc | ☐ D ☑ E/F ☐ G |
| 2.14_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Jive Communications, Inc | ☐ D ☑ E/F ☐ G |
| 2.14_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Kristina Stanley | ☐ D ☑ E/F ☐ G |
| 2.14_ | OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Kristina Stanley | ☐ D ☑ E/F ☐ G |
| 2.14_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Kyla Alisna | ☐ D ☑ E/F ☐ G |
| 2.14_ | OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Kyla Alisna | ☐ D ☑ E/F ☐ G |
| 2.15_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | New Rome (OSA Consultant) | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Partition King | ☐ D  ☒ E/F  ☐ G |
| 2.15 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Statewide Lighting Inc. | ☐ D  ☒ E/F  ☐ G |
| 2.15 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Silver State Realty & Investments | ☐ D  ☒ E/F  ☐ G |
| 2.15 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | City of Reno | ☒ D  ☐ E/F  ☐ G |
| 2.15 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Reno Sparks Convention & Visitors Authority | ☒ D  ☐ E/F  ☐ G |
| 2.15 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Reno Sparks Convention & Visitors Authority | ☒ D  ☐ E/F  ☐ G |
| 2.15 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Bonanza Produce Co. | ☐ D  ☒ E/F  ☐ G |
| 2.15 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Express Services | ☐ D  ☒ E/F  ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Stericycle, Inc. | ☐ D ☑ E/F ☐ G |
| 2.16 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Stericycle, Inc. | ☐ D ☑ E/F ☐ G |
| 2.16 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | E&A Contracting | ☐ D ☑ E/F ☐ G |
| 2.16 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Hootsuite Inc | ☐ D ☑ E/F ☐ G |
| 2.16 | OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Hootsuite Inc | ☐ D ☑ E/F ☐ G |
| 2.16 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Ecolab USA Inc. | ☐ D ☑ E/F ☐ G |
| 2.16 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Ecolab USA Inc. | ☐ D ☑ E/F ☐ G |
| 2.16 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Eide Bailly LLP | ☐ D ☑ E/F ☐ G |

Debtor    Reno City Center Owner, LLC
_____
Name

Case number *(if known)*___24-50152-hlb____



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.16 Christopher Beavor | c/o Brian Davidoff 2049 Century Park East Suite 2600 Los Angeles, CA 90067 | Optimum Flooring | ☐ D ☑ E/F ☐ G |
| 2.16 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Orbis Solutions, Inc. | ☐ D ☑ E/F ☐ G |
| 2.16 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Orbis Solutions, Inc. | ☐ D ☑ E/F ☐ G |
| 2.17 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Southwest Specialty Contractors, LLC | ☐ D ☑ E/F ☐ G |
| 2.17 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Emcor Services | ☐ D ☑ E/F ☐ G |
| 2.17 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Emcor Services | ☐ D ☑ E/F ☐ G |
| 2.17 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | EquipmentShare | ☐ D ☑ E/F ☐ G |
| 2.17 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | NV Energy | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor Name | Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.17 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Emerald Textile Services, Reno, LLC | ☐ D ☑ E/F ☐ G |
| 2.17 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Emerald Textile Services, Reno, LLC | ☐ D ☑ E/F ☐ G |
| 2.17 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Innovative Cabinets & Design | ☐ D ☑ E/F ☐ G |
| 2.17 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | JL Digital LLC | ☐ D ☑ E/F ☐ G |
| 2.17 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Paladin Risk Management LTD LLC | ☐ D ☑ E/F ☐ G |
| 2.18 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Signs by Tomorrow | ☐ D ☑ E/F ☐ G |
| 2.18 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | CAI Las Vegas Hotel Partners, LLC | ☐ D ☑ E/F ☐ G |
| 2.18 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | City of Reno | ☑ D ☐ E/F ☐ G |

Debtor    Reno City Center Owner, LLC
Name

Case number (if known) 24-50152-hlb



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.18⁻ Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Big Iron Inc. | ☐ D ☑ E/F ☐ G |
| 2.18⁻ Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Fedex Freight | ☐ D ☑ E/F ☐ G |
| 2.18⁻ Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Hejmanowski & McCrea LLC | ☐ D ☐ E/F ☐ G |
| 2.18⁻ CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | EPC-Electrical Professional Consultants | ☐ D ☑ E/F ☐ G |
| 2.18⁻ Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | EPC-Electrical Professional Consultants | ☐ D ☐ E/F ☐ G |
| 2.18⁻ Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Gannett Satellite Network Inc. | ☐ D ☑ E/F ☐ G |
| 2.18⁻ OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Gannett Satellite Network Inc. | ☐ D ☑ E/F ☐ G |
| 2.19⁻ Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Henri Specialties Co., Inc. | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (*if known*) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.19 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Kodama, LLC. | ☐ D ☑ E/F ☐ G |
| 2.19 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Expedia, Inc. | ☐ D ☑ E/F ☐ G |
| 2.19 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | Expedia, Inc. | ☐ D ☑ E/F ☐ G |
| 2.19 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Just Floor It! | ☐ D ☑ E/F ☐ G |
| 2.19 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Lewis Roca Rothgerber Christie, LLP | ☐ D ☑ E/F ☐ G |
| 2.19 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | F3 & Associates | ☐ D ☑ E/F ☐ G |
| 2.19 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | F3 & Associates | ☐ D ☑ E/F ☐ G |
| 2.19 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Helix Electric | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.19! | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Fabtech, LLC | ☐ D ☑ E/F ☐ G |
| 2.200 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | FEA Consulting Engineers | ☐ D ☑ E/F ☐ G |
| 2.20 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | FSI / Flooring Solutions of NV, Inc | ☐ D ☑ E/F ☐ G |
| 2.20: | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Hoy Chrissinger Vallas, PC | ☐ D ☑ E/F ☐ G |
| 2.20: | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Hoy Chrissinger Vallas, PC | ☐ D ☑ E/F ☐ G |
| 2.20- | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Lewis Roca Rothgerber Christie, LLP | ☐ D ☑ E/F ☐ G |
| 2.20! | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | McGinley & Associates | ☐ D ☑ E/F ☐ G |
| 2.20( | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | McGinley & Associates | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (*if known*) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.207 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | MSE Environmental | ☐ D  ☒ E/F  ☐ G |
| 2.208 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Penguin Mailboxes | ☐ D  ☒ E/F  ☐ G |
| 2.209 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Supreme Concrete LLC | ☐ D  ☒ E/F  ☐ G |
| 2.210 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Thomas Precision Welding | ☐ D  ☒ E/F  ☐ G |
| 2.211 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | J.W. McClenahan Co. | ☒ D  ☐ E/F  ☐ G |
| 2.212 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | ARC Workplace Services | ☐ D  ☒ E/F  ☐ G |
| 2.213 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Indovance Inc. | ☐ D  ☒ E/F  ☐ G |
| 2.214 | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Golden Entertainment | ☐ D  ☒ E/F  ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.21_ | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | ICS Tax, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.21_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | ICS Tax, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.21_ | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | JP Cabinet Sales | ☐ D  ☑ E/F  ☐ G |
| 2.21_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Luxe Industries LLC | ☐ D  ☑ E/F  ☐ G |
| 2.21_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Sierra Pacific Power Company | ☐ D  ☑ E/F  ☐ G |
| 2.22_ | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Sunbelt Rentals | ☐ D  ☑ E/F  ☐ G |
| 2.22_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | City of Reno | ☑ D  ☐ E/F  ☐ G |
| 2.22_ | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Western Electricity Coordinating Council | ☐ D  ☑ E/F  ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.22 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | | Ironclad Builders LLC (Big Iron) | ☐ D ☑ E/F ☐ G |
| 2.22 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | | Moran Reeves & Conn PC | ☐ D ☑ E/F ☐ G |
| 2.22 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | | Moran Reeves & Conn PC | ☐ D ☑ E/F ☐ G |
| 2.22 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | | Penhall Company | ☐ D ☑ E/F ☐ G |
| 2.22 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | | Nalco Company LLC | ☐ D ☑ E/F ☐ G |
| 2.22 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | | Nalco Company LLC | ☐ D ☑ E/F ☐ G |
| 2.22 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | | Reno Paint Mart | ☐ D ☑ E/F ☐ G |
| 2.23 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | | RHP Mechanical Systems | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Neeser Construction | ☐ D ☑ E/F ☐ G |
| 2.23 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Premier Office Systems | ☐ D ☑ E/F ☐ G |
| 2.23 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Quality Plumbing Supply | ☐ D ☐ E/F ☐ G |
| 2.23 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Sysco Guest Supply, LLC | ☐ D ☑ E/F ☐ G |
| 2.23 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Yes Tile LLC. | ☐ D ☑ E/F ☐ G |
| 2.23 | CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | CAI Development, LLC | ☐ D ☑ E/F ☐ G |
| 2.23 | Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Nevada Recycling & Salvage, LLC | ☐ D ☑ E/F ☐ G |
| 2.23 | Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | ProCabinet Solutions/Quadro Cabinets | ☐ D ☑ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | | | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|---|---|
| | Name | | | | |

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.239 OTM Hospitality-Reno, LLC | 175 E. Second Street Reno, NV 89501 | RealPage, Inc. | ☐ D ☒ E/F ☐ G |
| 2.240 Silver State Realty & Investments, LLC | 9325 W/ Sahara Ave. Las Vegas, NV 89117 | RealPage, Inc. | ☐ D ☒ E/F ☐ G |
| 2.241 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Nevada Recycling & Salvage, LLC | ☐ D ☒ E/F ☐ G |
| 2.242 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Obermeier Sheykhet Architecture | ☐ D ☒ E/F ☐ G |
| 2.243 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Obermeier Sheykhet Architecture | ☐ D ☒ E/F ☐ G |
| 2.244 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Phillip Jeffries Ltd | ☐ D ☒ E/F ☐ G |
| 2.245 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Sorensen Entity Services, LLC | ☐ D ☒ E/F ☐ G |
| 2.246 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Sorensen Entity Services, LLC | ☐ D ☒ E/F ☐ G |

| Debtor | Reno City Center Owner, LLC | Case number (if known) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.24 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Quality Countertops and Design, Inc. | ❑ D ☑ E/F ❑ G |
| 2.24 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Schindler Elevator Corporation | ❑ D ☑ E/F ❑ G |
| 2.24 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | R&B Wholesale Distributors, Inc. | ❑ D ☑ E/F ❑ G |
| 2.25 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | Signtech Electrical Advertising, Inc. | ❑ D ☑ E/F ❑ G |
| 2.25 CAI Investments, LLC | 9325 W. Sahara Ave. Las Vegas, NV 89117 | Renaissance Life & Health Insurance Company of America | ❑ D ☑ E/F ❑ G |
| 2.25 Reno City Center LLC | c/o RCC Manager 339 W State St Ste 201 Eagle, ID 83616 | Renaissance Life & Health Insurance Company of America | ❑ D ☑ E/F ❑ G |
| 2.25 Luxe Industries LLC | 316 California Ave Suite 132 Reno, NV 89509 | ServiceMaster First Response | ❑ D ☑ E/F ❑ G |
| 2.__ | | | ❑ D ❑ E/F ❑ G |

**Fill in this information to identify the case:**

Debtor name   Reno City Center Owner, LLC

United States Bankruptcy Court for the:  District of Nevada

Case number (If known):   24-50152-hlb

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

**1.**   **Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | ☐ Operating a business<br>☐ Other | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

---

Debtor    Reno City Center Owner, LLC
_____          Case number (if known)___24-50152-hlb_____
        Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

Debtor    Reno City Center Owner, LLC
          _____    Case number (*if known*)___24-50152-hlb___
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Delphi CRE Funding vs. Reno City Center Owner | Receivership Action | Second Judicial District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CV24-00275 | | 75 Court Street<br>Reno, NV 89501 | |
| 7.2. | Intermtn Elec. Inc vs. Reno City Center Owner et al | Breach of Contract and Mechanic | **Court or agency's name and address**<br>Second Judicial District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CV23-02365 | | 75 Court Street<br>Reno, NV 89501 | |

---

Debtor    Reno City Center Owner, LLC
_____    Case number (*if known*) 24-50152-hlb
Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

<div style="background:black; color:white">**Part 4:**</div> **Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

<div style="background:black; color:white">**Part 5:**</div> **Certain Losses**

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

Debtor    Reno City Center Owner, LLC
_____
Name

Case number (if known)  24-50152-hlb
_____

## Part 6:  Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fletcher & Lee | | 02/2024 | $ 50,000.00 |
| | **Address** | | | |
| | 448 Ridge Street<br>Reno, NV 89501 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Reno City Center LLC  & GPWM QOF Manager, LLC | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Reno City Center Owner, LLC
_____
Name

Case number *(if known)* 24-50152-hlb
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $ _____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | c/o Bristlecone Management LLC<br>9325 W. Sahara Ave.<br>Las Vegas, NV 89117 | From 04/2022  To 02/2024 |
| 14.2. | | From _____  To _____ |

| Debtor | Reno City Center Owner, LLC | Case number (*if known*) | 24-50152-hlb |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankrupcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Reno City Center Owner, LLC
_____
Name

Case number (if known) 24-50152-hlb
_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ALPHA PROJECT FUND A1 LLC<br>Name<br>210 N. Sierra Street<br>Reno, NV 89501 | Reno City Center LLC | Miscellaneous property from original Harrah's purchase such as steakhouse silverware and dishes and theater stage and lighting | ☐ No<br>☑ Yes |
| Address<br>339 W. State Street<br>Suite 201<br>Eagle, ID 83616 | | | |

---

Debtor    Reno City Center Owner, LLC
      Name

Case number *(if known)* 24-50152-hlb

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| ClearCapital.com, Inc.<br>Name<br>300 E. 2nd Street, Ste 1405<br>Reno, NV 89501 | 210 N. Virginia St., Floors 2-4<br>Reno, NV 89501 | Office furniture and appliances | $ 560,000.00 |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Reno City Center Owner, LLC
_____
Name

Case number *(if known)* 24-50152-hlb
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Reno City Center Owner, LLC
Name

Case number (*if known*)    24-50152-hlb

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. CAI Investments, LLC<br>Name<br>9325 W. Sahara Ave., Las Vegas, NV 89117 | From _____<br>To _____ |
| Name and address | Dates of service |
| 26a.2. Fortress Bookkeeping and Tax Services, Inc.<br>Name<br>5045 S Rogers St., Ste 5, Las Vegas, NV 89118 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name | From _____<br>To _____ |
| Name and address | Dates of service |
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. GPWM QOF Manager, LLC<br>Name<br>339 W. State Street, Suite 201, Eagle, ID 83616 | |

---

Debtor    Reno City Center Owner, LLC
          _____          Case number *(if known)* 24-50152-hlb
          Name                                                                        _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   CAI Investments, LLC | |
|          Name | |
|          9325 W. Sahara Ave., Las Vegas, NV 89117 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.   _____ |
|          Name |

| Name and address |
|---|
| 26c.2.   _____ |
|          Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   _____ |
|         Name |

Debtor    Reno City Center Owner, LLC
_____
Name

Case number *(if known)* 24-50152-hlb
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Reno City Mezzanine Borrower LLC | 339 W State Street Suite 201, Eagle, ID 83616 | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bristlecone Management, LLC | 9325 W. Sahara Ave., Las Vegas, NV 89117 | Former Manager | 04/19/2022 To 05/08/2023 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor    Reno City Center Owner, LLC
          Name

Case number (if known)    24-50152-hlb

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | Name | | |
| | Relationship to debtor | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Reno City Center, LLC | EIN:  84-3806110 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/15/2024
               MM  / DD  / YYYY

✘  /s/ Kirk Walton                              Printed name    Kirk Walton
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    See attached signature block

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**ATTACHMENT TO**
**STATEMENT OF FINANCIAL AFFAIRS**

DEBTOR'S NAME: RENO CITY CENTER OWNER, LLC
CASE NO. 24-50152-hlb


SIGNATURE BLOCK:


Reno City Center Owner, LLC
A Delaware limited liability company

By:   Reno City Mezzanine Borrower, LLC,
        a Delaware limited liability company,
        its Sole Member

        By:   Reno City Center, LLC,
                a Nevada limited liability company,
                its Sole Member and Manager

                By:   RCC Manager LLC,
                        an Idaho limited liability company,
                        its Manager

                        By:   GPWM QOF Manager LLC,
                                an Idaho limited liability company,
                                its Manager


                                 /s/ Kirk Walton
                                By: Kirk Walton, Managing Member of
                                GPWM QOF Manager LLC

Debtor Name    Reno City Center Owner, LLC

Case number *(if known)* 24-50152-hlb

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**JCFP vs. Luxe Industries, LLC et al**

**CV23-02178**

**Breach of Contract and Mechanic's Lien Foreclosure**

**Second Judicial District Court**

**75 Court Street, Reno, NV 89501**

**Pending**

**-------**

**Sherwin-Williams Co. vs. Luxe Industries et al**

**CV23-02071**

**Breach of Contract and Mechanic's Lien Foreclosure**

**Second Judicial District Court**

**75 Court Street, Reno, NV 89501**

**Pending**

**-------**

**Capital Glass Inc. vs. Reno City Center LLC et al**

**CV23-01851**

**Mechanic's Lien Foreclosure**

**Second Judicial District Court**

**75 Court Street, Reno, NV 89501**

**Pending**

**-------**

**Intermountain Electric vs. Reno City Center et al.**

**CV23-01247**

**Breach of Contract and Mechanic's Lien Foreclosure**

**Second Judicial District Court**

**75 Court Street, Reno, NV 89501**

**Pending**

**-------**

Debtor Name    Reno City Center Owner, LLC

Case number *(if known)*    24-50152-hlb

## Continuation Sheet for Official Form 207

**26a) Bookkeepers**

| | |
|---|---|
| **HCVT** | **136 Heber Ave., Ste 301, Park City, UT 84060** |
| **Eide Bailly LLP** | **9139 W. Russell Rd. , Ste 200, Las Vegas, NV 89148-1250** |
| **Silver State Realty & Investments** | **9325 W. Sahara Ave. , Las Vegas, NV 89117** |

**26c) Records keepers**

| | |
|---|---|
| **Bristlecone Management, LLC** | **9325 W. Sahara Ave., Las Vegas, NV 89117** |
| **Luxe Industries LLC** | **8635 West Sahara Ave. #501, Las Vegas, NV 89117** |