**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:   RENO CITY CENTER OWNER, LLC        Case No.:  24-50152-hlb
Chapter:  11

_____ Debtor(s)

**AMENDMENT COVER SHEET**

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

____ Voluntary Petition (specify reason for amendment)
____ Summary of Schedules
____ Statistical Summary of Certain Liabilities
____ Schedule A - Real Property
____ Schedule B - Personal Property
____ Schedule C - Property Claimed as exempt
____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
      ____ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
      ____ Add/change address of already listed creditor - No fee
____ Schedule G - Executory Contracts and Unexpired Leases
____ Schedule H - CoDebtors
____ Schedule I - Current Income of Individual Debtor(s)
____ Schedule J - Current Expenditures of Individual Debtor(s)
____ Declaration Concerning Debtor's Schedules
____ Statement of Financial Affairs and/or Declaration
____ Chapter 7 Individual Debtor's Statement of Intention
____ Disclosure of Compensation of Attorney for Debtor(s)
____ Statement of Current Monthly Income and Means Test Calculation
____ Certification of Credit Counseling
✓ Other: Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

**Declaration of Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 3/15/2024          /s/ Kirk Walton, see attached          signature block
                         Debtor                                   Joint Debtor

**ATTACHMENT TO
AMENDMENT COVER SHEET**

DEBTOR'S NAME: RENO CITY CENTER OWNER, LLC
CASE NO. 24-50152-hlb


SIGNATURE BLOCK:


Reno City Center Owner, LLC
A Delaware limited liability company

By:    Reno City Mezzanine Borrower, LLC,
       a Delaware limited liability company,
       its Sole Member

       By:    Reno City Center, LLC,
              a Nevada limited liability company,
              its Sole Member and Manager

              By:    RCC Manager LLC,
                     an Idaho limited liability company,
                     its Manager

                     By:    GPWM QOF Manager LLC,
                            an Idaho limited liability company,
                            its Manager


                             /s/ Kirk Walton
                            By: Kirk Walton, Managing Member of
                            GPWM QOF Manager LLC

AMENDED

**Fill in this information to identify the case:**

Debtor name ___Reno City Center Owner, LLC___

United States Bankruptcy Court for the: ___District of Nevada___

Case number (If known): ___24-50152-hlb___

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Luxe Industries LLC 8635 W Sahara Ave Suite 501 Las Vegas, NV, 89117 | | Services | Disputed Unliquidated Contingent | | | 9,823,446.94 |
| 2 | CAI Investments, LLC 9325 W. Sahara Ave. Las Vegas, NV, 89117 | | Services | Disputed Unliquidated Contingent | | | 987,091.50 |
| 3 | PKWY Management, LLC 7120 Rafael Ridge Way Las Vegas, NV, 89119 | Jonathan Fine 702-372-3463 jfine@stingsystems.com | Tenant Improvements reimbursement | Unliquidated Contingent | | | 946,090.35 |
| 4 | Silver State Realty & Investments 9325 W. Sahara Ave. Las Vegas, NV, 89117 | | | Disputed Unliquidated Contingent | | | 601,198.20 |
| 5 | Interior Specialists 18565 Jamboree Rd Suite 125 Irvine, CA, 92612 | | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 366,342.80 |
| 6 | JL Digital LLC 35 N Edison Way #45 Reno, NV, 89502 | | Suppliers or Vendors | Unliquidated Contingent | | | 207,697.95 |
| 7 | Bristlecone Management, LLC 9325 W Sahara Ave Las Vegas, NV, 89117 | | Services | Disputed Unliquidated Contingent | | | 199,018.34 |
| 8 | EquipmentShare 3223 Mill St Reno, NV, 89502 | | Suppliers or Vendors | Unliquidated Contingent | | | 194,569.43 |

AMENDED

| Debtor | Reno City Center Owner, LLC | | | Case number *(if known)* | 24-50152-hlb |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Southwest Specialty Contractors, LLC<br>5990 S Buffalo Rd<br>Las Vegas, NV, 89113 | | Suppliers or Vendors | Unliquidated<br>Contingent | | | 189,346.00 |
| 10 | Quick Space<br>820 Marietta Way<br>Sparks, NV, 89431 | Brian Dosh<br>(775) 359-4688<br>brian.d@quickspacenevada.com | | Unliquidated<br>Contingent | | | 173,545.75 |
| 11 | Mobile Mini<br>PO Box 650882<br>Dallas, TX, 75265-0882 | | Suppliers or Vendors | Unliquidated<br>Contingent | | | 165,924.50 |
| 12 | Anchor Door Installs, LLC<br>945 Spice Islands Dr<br>Suite C<br>Reno, NV, 89431 | | Suppliers or Vendors | Unliquidated<br>Contingent | | | 137,266.95 |
| 13 | CAI Las Vegas Hotel Partners, LLC<br>9325 W. Sahara Ave.<br>Las Vegas, NV, 89117 | | Services | Disputed<br>Unliquidated<br>Contingent | | | 104,902.16 |
| 14 | CAI Development, LLC<br>9325 W. Sahara Ave.<br>Las Vegas, NV, 89117 | | Services | Disputed<br>Unliquidated<br>Contingent | | | 103,120.12 |
| 15 | Armac Construction<br>30 Brown Dr<br>Mound House, NV, 89706 | | Suppliers or Vendors | Unliquidated<br>Contingent | | | 100,607.75 |
| 16 | Optimum Flooring<br>3000 Michelle Lane<br>Oakley, CA, 94561 | Luiz Delacruz | Suppliers or Vendors | Unliquidated<br>Contingent | | | 89,151.00 |
| 17 | E&A Contracting<br>733 E Glendale Ave<br>Sparks, NV, 89431 | | Suppliers or Vendors | Unliquidated<br>Contingent | | | 85,964.00 |
| 18 | Whitney Peak Hotel, LLC<br>255 N Virginia St<br>Reno, NV, 89501 | | | Unliquidated<br>Contingent | | | 83,500.00 |
| 19 | Golden Entertainment<br>1050 Terminal Way<br>Reno, NV, 89502 | | Suppliers or Vendors | Unliquidated<br>Contingent | | | 80,000.00 |
| 20 | Tenaska Power Services Co<br>300 East John Carpenter Freeway<br>Suite 1100<br>Irving, TX, 75062 | | Utility Services | Unliquidated<br>Contingent | | | 78,759.75 |