FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Email: efletcher@fletcherlawgroup.com

HARRIS LAW PRACTICE, LLC
Stephen R. Harris, Esq.
Nevada Bar No. 1463
Norma Guariglia, Esq.
Nevada Bar No. 16244
850 E. Patriot Blvd., Suite F
Reno, Nevada 89511
Telephone: 775.786.7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 24-50152-hlb |
| RENO CITY CENTER OWNER, LLC | Chapter 11 |
| Debtor. | **NOTICE OF REMOTE HEARING** |
| | Hearing Date: January 29, 2025<br>Hearing Time: 2:30 p.m.<br>Hearing Location: Remote; Telephonic |

**TO THE DEBTOR, ITS CREDITORS AND OTHER PARTIES IN INTEREST:**

Reno City Center Owner, LLC, Debtor and Debtor-in-Possession ("Debtor"), filed the Objection to Proof of Claim Nos. 17 and 18 Filed By Luxe Industries, LLC (the "Luxe Claim Objection"). The Debtor objects to Proof of Claim No. 17 filed by Luxe Industries, LLC in the alleged amount of $9,823,446.94 and Proof of Claim No. 18, as amended, filed by Luxe Industries, LLC in the alleged amount of $9,096,243.00 for the following primary reasons: (1) Luxe has not provided documentation to show any damages, let alone damages caused by the Debtor; and (2) Luxe's claims are unintelligible in that it is impossible to discern how much Luxe is asserting it is owed, why and by whom.

**NOTICE IS HEREBY GIVEN** that:

1. A hearing on the Luxe Claim Objection shall be held before United States Bankruptcy Judge Hilary L. Barnes by remote participation on **January 29, 2025, at 2:30 p.m. (Pacific Time).** The remote participation telephone conference line is **(833) 435-1820, Meeting ID: 160 532 0260, Access Code 643758#.** Remote participation information may also be found on the posted calendar on the Court's website at: https://www.nvb.uscourts.gov/calendars/court-calendars/.

2. **January 15, 2025**, is fixed as the last day for filing and serving written objections or oppositions to the Luxe Claim Objection in accordance with Local Rules 9014(d)(1) and 3007(b). Oppositions or objections so filed should be served on:

| | |
|---|---|
| Attorneys for Debtors: | FLETCHER & LEE<br>Attn: Elizabeth Fletcher, Esq.<br>448 Ridge Street<br>Reno, NV 89501<br>Fax (775) 499-5976<br>Email: efletcher@fletcherlawgroup.com<br><br>and<br><br>HARRIS LAW PRACTICE<br>Attn: Norma Guariglia, Esq.<br>850 E. Patriot Blvd., Suite F<br>Reno, NV 89511<br>Fax (775) 786-7764<br>Email: norma@harrislawreno.com |
| United States Trustee: | Office of the United States Trustee, Region 17<br>Attn: Jared A. Day, Esq.<br>300 Booth Street, Suite 3009<br>Reno, NV 89509<br>Email: Jared.A.Day@usdoj.gov |

And any party who has filed a request for special notice in these cases.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

3. Written requests for copies of the Luxe Claim Objection can be mailed, emailed, or faxed to FLETCHER & LEE, Attn: Elizabeth Fletcher, Esq., 448 Ridge Street, Reno, Nevada

89501; fax (775) 499-5976; email efletcher@fletcherlawgroup.com (with a copy to: edendary@fletcherlawgroup.com).

4. In the absence of objections or as is appropriate in the particular circumstances, the relief requested in the Luxe Claim Objection may be granted without hearing pursuant to 11 U.S.C. § 102; Local Rules 9014 and 3007(c).

DATED this 17th day of December, 2024.

                                         FLETCHER & LEE

                                         /s/ Elizabeth Fletcher, Esq.
                                         ELIZABETH FLETCHER, ESQ.
                                         *Attorneys for Reno City Center Owner, LLC*